*Karas, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERTIME B.V.,

         Plaintiff,

    v.

NEW DOVER GROUP, LTD.,

         Defendant.

CIVIL ACTION NO. 17-3844 (KMK)

## ORDER TO SHOW CAUSE ON MOTION FOR PRELIMINARY INJUNCTION

Upon plaintiff's Verified Complaint with its Exhibits and Motion for a Preliminary Injunction, and for good cause shown:

IT IS HEREBY ORDERED that defendant New Dover Group, Ltd. show cause before this Court at a hearing to be held at _11:30_ on _June 9_ 2017 in Courtroom _521_ of the United States District Court for the Southern District of New York located at _300 Quarropas St_ _White Plains_, New York as to why an order should not be entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining the defendants in accordance with plaintiff's request for relief.

IT IS FURTHER ORDERED that service of a copy of this Order and supporting papers on the defendants in accordance with law, on or before _5pm_ _on May 26, 2017_ 2017, shall be deemed good and sufficient service.

*It is further ordered that opposition papers are due Jun 2, 2017*

{W2844165}

This Order shall take effect immediately.

$5/24/17$

Date/Time

United States District Judge

Kenneth M. Karas

{W2844165}                                                                2