UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERTIME B.V.,

                     Plaintiff,

-v-

NEW DOVER GROUP, LTD.,

                     Defendants.

No. 17-CV-3844 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons stated on the record on June 15, 2017, Plaintiff's Motion for a Preliminary Injunction is granted. Plaintiff is directed to secure a bond in the amount of $1 million and to submit a proposed order as soon as possible. The Clerk of Court is directed to terminate the pending Motions. (Dkt. Nos. 11, 13.)

SO ORDERED.

DATED:     June 16, 2017
                White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE