UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERTIME B.V.,
    Plaintiff/Counterclaim-Defendant,

v.

NEW DOVER GROUP, LTD.,
    Defendant/Counterclaim-Plaintiff

No. 7:17-cv-03844 (KMK)

---

## PROPOSED SCHEDULING ORDER

In accordance with the order of the Court [Doc. No. 71], plaintiff/counterclaim-defendant Vertime B. V. and defendant/counterclaim-plaintiff New Dover Group, Ltd., hereby propose the following Scheduling Order for the conduct of discovery in this case:

Fact Discovery Completed By: ~~October 1, 2018~~ *July 1, 2018*

    Written Discovery Propounded by: March 15, 2018

    Written Responses by: ~~May 15~~, 2018 *April 15*

    Time to ~~resolve objections/~~motions: August 15, 2018

Plaintiff's Experts Disclosed By: ~~November~~ 1, 2018 *August*

Plaintiff's Experts Deposed By: ~~December~~ 1, 2018 *September*

Defendant's Experts Disclosed By: ~~January 15~~, 2018 *October 1*

Defendant's Experts Deposed By: ~~February 15~~, 2018 *November 1,*

*November 2, 2018, at 2:00*

*Case Management Conference*

*Movant's pre-motion letter due 2 weeks before the conference*

*Non-movant's response is due 1 week before the next conference*

PLAINTIFF/COUNTERCLAIM-DEFENDANT,
VERTIME B.V.

Dated: February 15, 2018

By: /s/ Todd R. Michaelis (TM6839)
Ann H. Rubin *(pro hac vice)*
Todd R. Michaelis (TM6839)
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
Waterbury, Connecticut 06721
Tel: 203-573-1200
Fax: 203-575-2600
Email: arubin@carmodylaw.com
tmichaelis@carmodylaw.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that, on February 15, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF System.

/s/ Todd R. Michaelis (TM6839)
Todd R Michaelis

So Ordered

[signature]
2/26/18

{W2976143}   2