

Mailing Address
P. O. Box 435
Teaneck, NJ 07666

New Jersey Office
1 University Plaza
Suite 119
Hackensack, NJ 07601

New York Office
150 Broadway
Suite 900
New York, NY 10038

March 15, 2019

Honorable Kenneth Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

<u>Via   Electronic Filing</u>

   Re: Vertime v. New Dover Group Ltd. 7:17-cv-03844(KMK)

Dear Judge Karas:

  As you are aware, this firm represents Chaim Fischer and his companies, Stuhrling Sales LLC and Stuhrling Original LLC ("Fischer").  At the conclusion of the evidentiary hearing on Plaintiff's motion for contempt and sanctions, the Court requested that additional documentation be supplied by Mr. Fischer in regard to two items, one a family party to which he and the Defendant's owner, Samuel Friedmann were invited, and any records from Stuhrling's warehouse relating to the delivery of the goods.

  Mr. Fischer directed his staff to examine the warehouse and see if any documents could be located.  They scoured through the warehouse and located two listings of watches that they believe were provided by the Defendant, New Dover Group.  The first, annexed as **Exhibit A** is a typed spreadsheet of watches by model numbers that has numerous hand written markings, notes and lists included as well.  The individuals who conducted the search, Jay Schiff and the warehouse staff did not recognize the handwriting and the documents do not appear to be documents that were generated by Stuhrling.

  Annexed as **Exhibit B** are a listing of watch models with photographs and quantities that are labelled Gevril Group.  The document has a hand written notation that appears to indicate the date it was received.  The handwriting was not recognizable to Mr.

 

Hon. Kenneth Karas

Schiff, Mr. Fischer or the warehouse employees.  There is another handwritten notation that states "Qty Off!"  It is unknown who wrote this notation.

In addition, Mr. Fischer reviewed his files and located an invitation to the post-wedding party that he had described at the hearing.  This party was a "sheva brachos" or a party that traditionally occurs in the seven days following the wedding itself, in Jewish tradition.  The party occurred on Sunday June 11.  While the invitation does not specify a year on the Gregorian calendar, it does specify the Hebrew Date of 17 Sivan 5777 (this is in the Hebrew text of the invitation), which converts to June 11, 2017.  I annex as **Exhibit D** a copy of a date conversion from Hebcal.com.

Very truly yours,

Avram E. Frisch

Cc: Ann Rubin, Esq. (via ECF)
Jonathan Ross, Esq. (via ECF)

THE LAW OFFICE OF
AVRAM E. FRISCH LLC