בעזהשי"ת

WITH HEARTS FULL OF GRATITUDE TO הש"ית
WE TAKE PLEASURE TO INVITE YOU
TO THE

# SHEVA BROCHOS
OF OUR DEAR EINIKLACH
CHAIM YANKEL נ"י AND MALKY שתחי'

WHICH WILL אי"ה TAKE PLACE
SUNDAY, JUNE 11ᵀᴴ
יום א' פרשת שלח
י"ז סיון תשע"ז

GARDEN PARADISE
(AT THE SHOPPERS HAVEN)
27 ORCHARD STREET
MONSEY, NEW YORK 10952

AT SIX THIRTY

LOOKING FORWARD TO GREETING YOU PERSONALLY,
HERSHI AND JUDITH FISCHER

R.S.V.P BY JUNE 6ᵀᴴ (845) 426-0139
OR ERNFISH@OPTIMUM.NET