Case 7:17-cv-03844-KMK-JCM   Document 151-4   Filed 03/15/19   Page 1 of 1

# 17th of Sivan, 5777 = Sun, 11 June 2017

## י״ז בְּסִיוָן תשע״ז

Parashat Sh'lach (in Diaspora)