UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERTIME B.V.,

               Plaintiff,

v.

NEW DOVER GROUP, LTD.,

               Defendant.

No. 17-CV-3844 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    Pending before the Court is Plaintiff's Motion for Contempt, Sanctions, and To Appoint Receiver (the "Motion") (Dkt. No. 112). In light of the ongoing production of evidence relevant to the Motion, the Court denies Plaintiff's Motion without prejudice to renew once the remaining discovery issues are resolved.

    The Clerk of Court is respectfully directed to terminate the pending Motion. (Dkt. No. 112.)

Dated: March 29, 2019
       White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE