

**THE LAW OFFICE OF**
**AVRAM E. FRISCH LLC**

New Jersey Office
1 University Plaza
Suite 119
Hackensack, NJ 07601

New York Office
150 Broadway
Suite 900
New York, NY 10038

Avram E. Frisch Esq. – Admitted in NY and NJ.  Mail to NJ address.

July 29, 2022

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

MEMO ENDORSED

<u>Via Electronic Filing</u>

    Re:    Vertime v. New Dover Group Ltd. 7:17-cv-03844(KMK)

Dear Judge Karas:

    This firm represents Chaim Fischer and his companies.  I write in regard to the conference scheduled next week on August 3 at 11:30.  I have a hearing in New Jersey Superior Court at 11AM that day as well, and am requesting that the conference be moved either to 9:30AM the same day or sometime after 2PM on that day.  Mr. Michaelis has consented to this request, so long as the conference remains on August 3.  I apologize for the late request.  No other request for an adjournment has been made.

Granted.

Very truly yours,

The conference is moved to 2 pm on 8/3/22.



So Ordered.



8/1/22

Avram E. Frisch

Cc: Chaim Fischer (via email)
Todd Michaelis (via ECF)
Jonathan Ross (via ECF)