

Todd R. Michaelis
Partner
Direct: 203.578.4287
Fax: 203.575.2600
tmichaelis@carmodylaw.com

50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06702

April 30, 2025

**Via: CM/ECF Filing**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

**Re:   Vertime B.V. v. New Dover Group, Ltd., No. 7:17-cv-03844**

Dear Judge Karas,

    I write with regard to your clerk's request to provide a copy of the exhibits admitted in evidence during the March 5, 2019 hearing, by filing them via CM/ECF. I attach hereto a copy of those exhibits, which were marked A-P and S.

    Very truly yours,
    /s/ Todd R. Michaelis (TM6839)

CC via CM/ECF:
Louis M. Solomon (counsel for NDG)
Jonathan Ross (counsel for NDG)
Avram Frisch (counsel for Fischer-Stuhrling)

{W3672991}