UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERTIME B.V.,

                        Plaintiff,

    v.

NEW DOVER GROUP, LTD.,

                        Defendant.

Case No. 17-CV-3844 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

      The Court will hold a hearing on Plaintiff's Motion for Sanctions, Contempt, and to Appoint a Receiver (Dkt. No. 183) on November 13, 2025 at 11 A.M. via teleconference (phone number: 605-472-5160, access code: 4653066).

SO ORDERED.

DATED:    August 27, 2025
               White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE