

**Louis M. Solomon**
Direct Phone: +1 212 549 0400
Email: lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

November 10, 2025

**Via ECF**

Hon. Kenneth M. Karas
U.S. District Court, Southern District of New York
Chambers 533
300 Quarropas Street
White Plains, NY 10601

Re:   *Vertime B.V. v. New Dover Group, Ltd.*, No. 7:17-cv-03844-KMK-JCM

Dear Judge Karas,

This firm represents New Dover Group for purposes of the newest contempt motion made by plaintiff Vertime B.V. The purpose of this letter to respond to an email sent to Your Honor by counsel for Vertime earlier today. In that email, counsel asks "whether the Court intends to take witness testimony at the [Thursday] hearing, and how much time the Court has allocated for this hearing". On behalf of Respondent New Dover, we request that the Court convert Thursday's setting to a status conference or, if the Court wishes to proceed to hear evidence on the motion, that the Court adjourn the hearing to a time when witnesses can be made available.

The basis for this request is the following: We had no notice that testimony was even being considered at a telephonic hearing. Indeed, we do not think the Court would be able to make any credibility determinations, especially on such a serious motion, telephonically. We did not tell our client to make himself available and have not been able to discuss this with him since Ms. Rubin told us she wanted witnesses present, which she raised as a possibility and not a certainty only this past Friday and only earlier today sent us an email requesting witness appearances. We do not believe that either witness has been subpoenaed, and there is insufficient time to do that before Thursday.

Accordingly, we request that Your Honor make this Thursday's setting a status conference. In the alternative, if the Court wishes to take evidence on this motion, we request an adjournment of the hearing to a date and time when we can have the witnesses available.

I have shared this letter with counsel for Vertime and Fischer-Stuhrling, which as I understand it are all the parties on the contempt motion. Counsel for Fischer-Stuhrling joins the application. Counsel for Vertime advised me that its position is as follows: Vertime is prepared to proceed with oral argument on Thursday. Vertime is also prepared to cross-examine Mr. Friedman and/or Mr. Fischer if the Court intends to take evidence.

We appreciate the Court's attention to this matter.

ReedSmith

Judge Kenneth M. Karas
November 10, 2025
Page 2


Respectfully,

*Louis M. Solomon*
Louis M. Solomon

cc: Counsel of Record (via ECF)