UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERTIME B.V.,<br>    Plaintiff,<br><br>vs.<br><br><br>NEW DOVER GROUP, LTD.<br><br>    Defendants | CIVIL ACTION NO.<br>7:17-cv-03844 (KMK)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Howard K. Levine of Carmody Torrance Sandak & Hennessey, LLP, hereby appears in the above-referenced action on behalf of plaintiff, Vertime B.V., and requests that all notices in this case, and all papers filed in this case, be served on the undersigned.

Dated: November 13, 2025
   New Haven, Connecticut

            Respectfully submitted,

By: _____
            Howard K. Levine (ct01555)
            Carmody Torrance Sandak & Hennessey, LLC
            195 Church Street
            P.O. Box 1950
            New Haven, CT 06509
            Ph: 203-777-5501
            F: 203-784-3199
            Email: hlevine@carmodylaw.com

{N6016826}

**CERTIFICATION OF SERVICE**

      I hereby certify that on November 13, 2025 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____
Howard K. Levine

{N6016826}