**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------:
VERTIME B.V.
                Plaintiff,

    -against-                            CASE NO. 7:17-cv-03844-KMK

NEW DOVER GROUP, LTD.
                Defendant.
---------------------------------------------:

**DECLARATION OF ANN H. RUBIN**

I, Ann H. Rubin, hereby declare and state:

1.    This Declaration is based on my personal knowledge and my review of the business records of my law firm, Carmody Torrance Sandak & Hennessey LLC. The Declaration is submitted in support of plaintiff Vertime's Damages Submission for its Motion for Contempt. Vertime requests an award of its legal fees in the amount of $141,111.05 as detailed below and in the attached records.

I.    **BACKGROUND AND EXPERIENCE**

2.    I have been engaged in the private practice of law with the same firm, now known as Carmody Torrance Sandak & Hennessey LLC, in Waterbury and New Haven, Connecticut (hereinafter Carmody) since 1983 when I was admitted to the bar of the State of Connecticut.

3.    Carmody currently has more than 90 lawyers. I have served as the firm's Litigation Practice Group Leader and as its Managing Partner (2005-2011).

4.    I have been lead counsel in many litigation matters from 1988 onward. I have been admitted to practice in the United States District Court for the District of

Connecticut and in the United States Court of Appeals for the Second Circuit. I am admitted *pro hac vice* in this matter. I am rated AV Preeminent by Martindale-Hubbell. I was named to *Best Lawyers®* – Commercial Litigation, 2023-2026, Arbitration, 2026; Litigation Star, *Benchmark Litigation*, 2023-2026; Inaugural honoree 2015 Professional Excellence Award, *Connecticut Law Tribune;* and Connecticut *Super Lawyers®* – Business Litigation, 2010-2021.

6.      I have represented Timex and its affiliates in various litigation matters for about 30 years.

7.      Attorney Todd Michaelis has been engaged in the private practice of law with the same firm, now known as Carmody Torrance Sandak & Hennessey LLC, in Waterbury and New Haven, Connecticut (hereinafter Carmody) since 2009 when he was admitted to the bar of the State of Connecticut.

8.      He has been lead counsel in many litigation matters from 2013 onward. He is admitted to practice in the United States District Court for the District of Connecticut, in this Court, and in the United States Court of Appeals for the Second Circuit.

9.      He was selected to Super Lawyers for 2014– 2025.

## II.    <u>APPROPRIATE BILLING RATE</u>

10.      My standard hourly billing rate is established each year by Carmody, consistent with community standards. My present standard hourly billing rate is $585. I believe that this rate accurately reflects a reasonable hourly rate for my legal services based upon the usual hourly rates of comparable attorneys in the private market. I believe that my billing rates for the period 2017 to 2024 also accurately reflect a reasonable hourly rate for my legal services for the same reason.

11.     Vertime also seeks compensation for all other Carmody lawyers and paralegals at the hourly rates summarized in the attached schedule and reflected on the invoices rendered to and paid by Vertime. These rates are established each year by Carmody consistent with community standards.  Accordingly, I believe that these rates more than reasonably reflect the hourly rates of comparable attorneys in the private market.

12.     Timex negotiated a 10 percent discount from Carmody's standard rates which has been applied to all of the fees for which Vertime seeks payment in this case.

## III.     RECORDS AND BILLING OF HOURS EXPENDED

13.     I am personally familiar with the record-keeping and billing systems and practices at Carmody.  Each individual's time for each day is recorded contemporaneously with the entry within a reasonable period of time after the work is performed via a computer using Rippe software.  Each entry records the date, the time expended and the nature of the work performed. The data is stored within an electronic database maintained by Carmody.  On a periodic basis, the information from the database is then transferred to a bill, the bill is then reviewed, revised as appropriate, and ultimately sent to the client for payment.  Pursuant to its arrangement with Carmody, Vertime is billed on a monthly basis.

14.     A complete and detailed description of the time spent on the matters for which a claim is being made is contained in the invoices submitted herewith.

15.     The attached schedule reflects all of the billing and time entries related to this matter during the relevant time period for which Vertime seeks compensation. Time and expenses devoted to aspects of this litigation other than the contempt proceedings have been redacted from the invoices and excluded from Vertime's present claim for fees and costs.

16.     The time for which Vertime seeks compensation does not include all the time that was expended in this matter.  In recording and submitting these, billing judgment was exercised and certain time was either not recorded or has been omitted from this submission.

17.     All the time for which Vertime seeks compensation was necessarily, reasonably, and productively spent on this matter.  All of the time described in Exhibit A has been billed to Vertime and has either been paid or is awaiting payment.

18.     At all times in representing Vertime in this matter, I have done so to the best of my abilities. The same is true for all Carmody lawyers and paralegals who worked on this matter.

## IV.     COSTS

19.     Vertime also incurred certain costs in connection with this matter in the total amount of $8,642.68.  These costs have been billed to Vertime and are also identified with particularity in attached Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 4, 2025 at Waterbury, Connecticut.

**Respectfully submitted,**

By: _Ann H. Rubin_____

Ann H. Rubin (*pro hac vice*)
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
Waterbury, Connecticut 06721
Tel: 203-573-1200
Fax: 203-575-2600
Email: arubin@carmodylaw.com

## **CERTIFICATION**

I hereby certify that on the above date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

  /s/ Ann H. Rubin (*pro hac vice*)
Ann H. Rubin

# EXHIBIT A

Timex 2147-733

| Invoice # | Date | Fees | Expenses | Total |
|---|---|---|---|---|
| 320011 | 7/20/2017 | $ 679.50 | $ - | $ 679.50 |
| 321432 | 8/16/2017 | $ 1,176.75 | $ - | $ 1,176.75 |
| 322515 | 9/8/2017 | $ 918.00 | $ - | $ 918.00 |
| 408090 | 12/13/2017 | $ 76.50 | $ - | $ 76.50 |
| 411954 | 1/16/2018 | $ 4,297.50 | $ - | $ 4,297.50 |
| 415087 | 2/19/2018 | $ 5,028.75 | $ 1,094.25 | $ 6,123.00 |
| 418053 | 3/23/2018 | $ 243.00 | $ - | $ 243.00 |
| 419403 | 4/18/2018 | $ 4,142.25 | $ 1,115.97 | $ 5,258.22 |
| 421277 | 5/18/2018 | $ 13,821.75 | $ 159.57 | $ 13,981.32 |
| 424202 | 6/13/2018 | $ 10,451.70 | $ 440.90 | $ 10,892.60 |
| 425867 | 7/18/2018 | $ 8,248.05 | $ 184.84 | $ 8,432.89 |
| 427551 | 8/21/2018 | $ 7,789.50 | $ 439.78 | $ 8,229.28 |
| 428677 | 9/17/2018 | $ 10,568.25 | $ 241.94 | $ 10,810.19 |
| 433955 | 11/12/2018 | $ 5,562.00 | $ 331.91 | $ 5,893.91 |
| 437263 | 1/21/2019 | $ 5,883.75 | $ 1,441.93 | $ 7,325.68 |
| 438866 | 2/21/2019 | $ 3,162.60 | $ 250.44 | $ 3,413.04 |
| 440589 | 3/12/2019 | $ 14,373.30 | $ 1,432.91 | $ 15,806.21 |
| 442326 | 4/23/2019 | $ 14,659.20 | $ 1,406.30 | $ 16,065.50 |
| 444146 | 5/15/2019 | $ 3,605.40 | $ - | $ 3,605.40 |
| 445771 | 6/20/2019 | $ 2,176.20 | $ 77.40 | $ 2,253.60 |
| 448068 | 7/11/2019 | $ 6,500.00 | $ - | $ 6,500.00 |
| 523788 | 9/8/2022 | $ 1,989.00 | $ 24.54 | $ 2,013.54 |
| 525758 | 10/3/2022 | $ 497.25 | $ - | $ 497.25 |
| 527763 | 11/1/2022 | $ 4,628.25 | $ - | $ 4,628.25 |
| 529717 | 12/15/2022 | $ 841.50 | $ - | $ 841.50 |
| 532030 | 1/24/2023 | $ 535.50 | $ - | $ 535.50 |
| 600286 | 5/15/2025 | $ 396.90 | $ - | $ 396.90 |
| 617242 | 12/2/2025 | $ 8,858.70 | $ - | $ 8,858.70 |
| **Total** | | **$ 141,111.05** | **$ 8,642.68** | **$ 149,753.73** |

| Timekeeper Name | Position | Year | Standard Billing Rate |
|---|---|---|---|
| Ann H. Rubin | Partner | 2017 | $425 |
| | | 2018 | $450 |
| | | 2019 | $450 |
| | | 2020 | $460 |
| | | 2021 | $475 |
| | | 2022 | n/a |
| | | 2023 | n/a |
| | | 2024 | n/a |
| | | 2025 | $585 |
| | | | |
| Todd R. Michaelis | Associate | 2017 | $250 |
| | | 2018 | $275 |
| | Partner | 2019 | $310 |
| | | 2020 | $350 |
| | | 2021 | $370 |
| | | 2022 | $425 |
| | | 2025 | $490 |
| | | | |
| Douglas Balko | Associate | 2018 | $235 |
| | | | |
| Adam Mossman | Law Clerk | 2018 | $175 |
| | | | |
| Kristin Ahern | Associate | 2017-2018 | $225 |
| | | | |
| Laura Clark | Paralegal | 2018 | $245 |

# Carmody Torrance Sandak & Hennessey LLP

```
TIMEX GROUP USA, INC.                          Page              1
ATTN. DAVID PAYNE, ESQ.                        Invoice #    320011
555 CHRISTIAN                                  Date       07/20/17
ROAD                                           Client         2147
MIDDLEBURY, CT  06762-3206
```

### INVOICE SUMMARY

For professional services rendered and expenses through JULY 20, 2017 :

Professional Services
Less Discount



Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**

```
                                          Page              2
                                          Invoice #    320011
                                          Date        07/20/17
                                          Client          2147
                                          Matter      733/JKR
```

**Re: NEW DOVER GROUP - BREACH OF AGREEMENT**

<u>**PROFESSIONAL SERVICES**</u>

Date     Atty Description                        Hours         Rate        Amount



Page              3
Invoice #    320011
Date        07/20/17
Client          2147
Matter      733/JKR

| Date | Atty Description | Hours | Rate | Amount |
|------|------------------|-------|------|--------|



Page                4
Invoice #      320011
Date          07/20/17
Client            2147
Matter        733/JKR

| Date | Atty Description | Hours | Rate | Amount |
|------|------------------|-------|------|--------|



| Date | Atty Description | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|



```
                                            Page              6
                                            Invoice #    320011
                                            Date       07/20/17
                                            Client         2147
                                            Matter     733/JKR
```

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | ███████████████████████████████████████████████ | | | |
| 6/22/17 | AHR | attention to watches on discount website; confirm status of bond and order | .30 | 425.00 | 127.50 |
| | | ████████████ | ███ | ███ | ███ |
| 6/28/17 | AHR | follow up re: service of injunction on Gevril entities; evaluation of Gevril sales activities, strategy | .30 | 425.00 | 127.50 |
| 6/28/17 | TRMI | research re: continued sales of products; analysis re: identity of entities and persons to serve with injunction order | 2.00 | 250.00 | 500.00 |

**TOTAL HOURS**          ███          ███████

Page                7
Invoice #      320011
Date           07/20/17
Client             2147
Matter        733/JKR

**EXPENSES**

Date          Description                                              Amount



```
                                                      Page            8
                                                      Invoice #    320011
                                                      Date        07/20/17
                                                      Client          2147
                                                      Matter      733/JKR
```

Date            Description                                    Amount



Total Hours  2.60

Total Fees                          $755.00
Less Discount                       (75.50)
Fees Net of Discount                $679.50

# Carmody Torrance Sandak & Hennessey LLP

```
TIMEX GROUP USA, INC.                    Page              1
ATTN. DAVID PAYNE, ESQ.                  Invoice #    321432
555 CHRISTIAN                            Date       08/16/17
ROAD                                     Client         2147
MIDDLEBURY, CT  06762-3206
```

**INVOICE SUMMARY**

For professional services rendered and expenses through AUGUST 16, 2017 :

      Professional Services
      Less Discount

      Net Professional Services
      Total Expenses

        **TOTAL THIS INVOICE**



**Re: NEW DOVER GROUP - BREACH OF AGREEMENT**

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/30/17 | TRMI | research re: continued violations of injunction; prepare correspondence to R. Coleman re: same; draft e-mail correspondence to D. Payne re: strategy for addressing same | 3.50 | 250.00 | 875.00 |
| 7/06/17 | AHR | email D. Payne re: strategy to stop continued sales; attention to service of process of order on New Dover-related entities; review examples of NDG violations of injunction; revise notice letter to R. Coleman re: injunction violations | .50 | 425.00 | 212.50 |

| Date | Atty Description | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|



| Date | Atty Description | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| 7/17/17 | TRMI attend to e-mail correspondence with R. Coleman re: violations of order | .20 | 250.00 | 50.00 |

```
                                          Page                    4
                                          Invoice #          321432
                                          Date             08/16/17
                                          Client               2147
                                          Matter           733/JKR
```

```
Date      Atty Description                    Hours      Rate        Amount
```



```
7/19/17 AHR   follow up analysis re: potential      .20      425.00        85.00
              violations of injunction
```



```
7/25/17 AHR   attention to investigation of New      .20      425.00        85.00
              Dover violations of injunction
```

Page              5
Invoice #    321432
Date        08/16/17
Client          2147
Matter      733/JKR

| Date | Atty Description | Hours | Rate | Amount |
|------|------------------|-------|------|--------|



```
Page                6
Invoice #      321432
Date         08/16/17
Client           2147
Matter        733/JKR
```

Total Hours  4.60
Total Fees                $1,307.50
Less Discount              (130.75)
Fees Net of Discount      $1,176.75

# Carmody Torrance Sandak & Hennessey LLP

```
TIMEX GROUP USA, INC.                          Page            1
ATTN. DAVID PAYNE, ESQ.                        Invoice #    322515
555 CHRISTIAN                                  Date       09/08/17
ROAD                                           Client         2147
MIDDLEBURY, CT   06762-3206
```

### INVOICE SUMMARY

For professional services rendered and expenses through SEPTEMBER 11, 2017 :

> Professional Services
> Less Discount
>
> Net Professional Services
> Total Expenses

**TOTAL THIS INVOICE**



Page                    2
Invoice #          322515
Date              09/08/17
Client                2147
Matter            733/JKR

**Re: NEW DOVER GROUP - BREACH OF AGREEMENT**

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/08/17 | AHR | emails with D. Payne re: status and investigation | .20 | 425.00 | 85.00 |
| 8/09/17 | TRMI | attend to e-mail correspondence with D. Payne re: defense counsel letter denying sales; attend to correspondence with R. Artus re: potential investigative matter | .50 | 250.00 | 125.00 |



| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/15/17 | TRMI | attend to e-mail correspondence with R. Artus re: investigation of Timeless Watch Group; complete motion for extension of time re: pre-motion conference/responsive pleading and attend to filing of same; research re: status of offending eBay store | 1.50 | 250.00 | 375.00 |
| 8/16/17 | AHR | attention to investigator assignment re: New Dover's continued sale of watches | .20 | 425.00 | 85.00 |
| 8/16/17 | TRMI | telephone conference with R. Artus re: investigation of Timeless Watch Group's/Outlet's source of Vertime | .80 | 250.00 | 200.00 |

```
                                                    Page              3
                                                    Invoice #    322515
                                                    Date         09/08/17
                                                    Client          2147
                                                    Matter       733/JKR
```

| Date | Atty Description | Hours | Rate | Amount |
|------|------------------|-------|------|--------|



```
8/21/17 TRMI draft e-mail to D. Payne re: R.        .60     250.00      150.00
             Artus' investigation; research re:
             status of Timeless Watch Outlet
```



Total Hours  3.80
Total Fees              $1,020.00
Less Discount             (102.00)
Fees Net Discount        $918.00



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.                                  December 13, 2017
ATTN. DAVID PAYNE, ESQ.                                 Invoice 408090
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: December 1, 2017

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**

Previous Balance

**TOTAL BALANCE DUE**



CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 408090                                              December 13, 2017

## PROFESSIONAL SERVICES



| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|----------------------|-------|------|--------|
| 11/09/17 | AHR | Review email from D. Payne re: Gevril continued sales; status of discussions | .20 | 425.00 | 85.00 |

**TOTAL PROFESSIONAL SERVICES**
10% FEE DISCOUNT
**NET PROFESSIONAL SERVICES**

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 408090                                                December 13, 2017

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Atty | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ███████ | ████ | ██████████ | ████ | ████ | ████ |
| ████ | | | ████ | | ████ |

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 11/09/17 | ████████████ | ███ |
| | ████████ | ███ |
| | ██████████ | ███ |

Total Hours .2

Total Fees              $85.00
Less Discount          ( 8.50)
Fees Net of Discount    $76.50

3



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.                                    January 16, 2018
ATTN. DAVID PAYNE, ESQ.                                  Invoice 411954
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

---

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: December 31, 2017

**Our Matter #: 2147-733**

**RE:  NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 411954                                                            January 16, 2018

**PROFESSIONAL SERVICES**

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 12/11/17 | AHR | Attention to New Dover sell off of inventory and potential remedies | .20 | 425.00 | 85.00 |
| 12/11/17 | TRMI | Review e-mail correspondence from D. Payne re: continued sales; analysis re: development of proof for motion for contempt; attend to e-mail correspondence with R. Artus re: private investigation | .60 | 250.00 | 150.00 |
| 12/12/17 | TRMI | Attend to telephone conference with R. Artus re: investigation of timing & source of grey market watches | .70 | 250.00 | 175.00 |
| 12/13/17 | AHR | Analysis of investigation recommendation/protocol | .30 | 425.00 | 127.50 |
| 12/13/17 | TRMI | Analysis re: R. Artus proposal; draft e-mail to D. Payne re: R. Artus engagement; research re: sales activity / source information on Timeless Watch Outlet, Amazon sellers, Jomashop | 3.30 | 250.00 | 825.00 |
| 12/14/17 | AHR | Finalize report to D. Payne re: investigation and next steps | .40 | 425.00 | 170.00 |
| 12/14/17 | TRMI | Attend to e-mail correspondence with D. Payne re: private investigation | .20 | 250.00 | 50.00 |
| 12/19/17 | TRMI | Review/analysis of improper watch sales on Amazon.com; attend to e-mail correspondence with D. Payne re: investigation strategy | .50 | 250.00 | 125.00 |
| 12/20/17 | AHR | Analysis of discovery of NDG sales, strategy | .40 | 425.00 | 170.00 |
| 12/20/17 | TRMI | Attend to e-mail correspondence with D. Payne re: EvergreenCreations sales; research re: identity and location of EvergreenCreations | 3.20 | 250.00 | 800.00 |
| 12/26/17 | KMA | Research re: discovery for finding of contempt | 3.00 | 225.00 | 675.00 |
| 12/26/17 | TRMI | Legal research re: requirements for discovery in support of contempt motion; attend to e-mail correspondence with K. Ahern re: same | .60 | 250.00 | 150.00 |
| 12/27/17 | AHR | Analysis of discovery to enforce injunction | .20 | 425.00 | 85.00 |
| 12/27/17 | KMA | Continue research on discovery for finding of contempt | 1.50 | 225.00 | 337.50 |
| 12/27/17 | TRMI | Legal research re: requirements for discovery in support of proving violation of injunction/contempt; draft e-mail memorandum to K.M. Ahern re: research objectives | 1.60 | 250.00 | 400.00 |
| 12/28/17 | KMA | Prepare memorandum on research | 2.00 | 225.00 | 450.00 |

**TOTAL PROFESSIONAL SERVICES**

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 411954                                                    January 16, 2018

10% FEE DISCOUNT ████████████████████████████     

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Atty | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ████████ | ███ | ████████ | ███ | ████ | ████ |
| ████ | ███ | ████████ | | | ███ |
| ████████ | | | ███ | | ████ |

████████████     ████

Total Hours  18.70
Total Fees                          $4,775.00
Less Discount                       (477.50)
Fees Net of Discount                $4,297.50



**50 Leavenworth Street**
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.                                    February 19, 2018
ATTN. DAVID PAYNE, ESQ.                                  Invoice 415087
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

---

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: January 31, 2018

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**

1

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 415087

February 19, 2018

**PROFESSIONAL SERVICES**

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 1/02/18 | TRMI | Legal research re: discovery procedure in support of contempt motion | .50 | 275.00 | 137.50 |
| 1/03/18 | TRMI | Continue research re: discovery independent of arbitration to enforce injunction, discovery in support of contempt of preliminary injunction; draft motion for pre-motion conference re: deposition of EvergreenCreations | 4.40 | 275.00 | 1,210.00 |
| 1/05/18 | AHR | Attention to subpoenas, status | .20 | 450.00 | 90.00 |
| 1/05/18 | TRMI | Continue drafting request for pre-motion conference; draft subpoena re: Neil Dufine (EvergreenCreations); draft notice of deposition re: same | 2.40 | 275.00 | 660.00 |
| 1/08/18 | AHR | Review and revise subpoena, premotion conference request; email exchange with client re: subpoena | .40 | 450.00 | 180.00 |
| 1/08/18 | TRMI | Revise subpoena and notice of deposition re: D. Payne analysis and information; attend to service of subpoena and notice of deposition; research re: new service address for defense counsel; research re: location of EvergreenCreations | 2.80 | 275.00 | 770.00 |
| 1/09/18 | AHR | Analysis/strategy re: discovery of sales by New Dover, Evergreen location, motion to stay; review/revise pre-motion conference request, subpoenas | 1.00 | 450.00 | 450.00 |
| 1/09/18 | TRMI | Analysis re: alternate strategy for permission to depose EvergreenCreations; telephone conference with R. Artus re: investigation of Evergreen Creations | 5.60 | 275.00 | 1,540.00 |
| 1/10/18 | TRMI | Draft letters to EvergreenCreations, S. Schiff, and process server re: subpoenas | .50 | 275.00 | 137.50 |
| 1/10/18 | TRMI | Legal research re: updated witness and mileage fees re: third-party witness subpoenas; attend to compilation of subpoena documents for service | .50 | 275.00 | 137.50 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 415087                                                    February 19, 2018

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| | | | | | |
| 1/19/18 | TRMI | Telephone conference with R. Coleman re: inventory, potential alternate procedure to resolve dispute | 1.00 | 275.00 | 275.00 |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 415087                                                    February 19, 2018

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Atty | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ███████ | ██ | ████████ | ███ | ████ | ████ |
| ███████ | ██ | ████████ | █ | ████ | ████ |
| ████ | ██ | ████████ | | | |
| ████ | | | ████ | | ████ |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 1/03/18 | RESEARCH WESTLAW | 43.33 |
| 1/10/18 | FINEST SERVICES, INC., SERVICES OF SUBPOENAS | 500.00 |
| 1/10/18 | SAMUEL SCHIFF, WITNESS FEE | 95.00 |
| 1/10/18 | EVERGREEN CREATIONS, WITNESS FEE | 95.00 |
| 1/18/18 | CHRISTINA M. ARENDS-DIECK, TRANSCRIPT OF 1/16/18 PROCEEDING | 352.44 |
| 1/23/18 | FEDERAL EXPRESS, BERNARD HUGHES FINEST SERVICES INC 01/10/18 | 8.48 |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 415087                                                    February 19, 2018

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |
|  |  | ██████ |  | ████ |
|  |  | ████████ |  | ─ ████ |
|  |  | ████████ |  | ─ ████ |

Total Hours  19.30
Total Fees                    $5,587.50
Less Discount                  (558.75)
Fees Net of Discount          $5,028.75
Expenses                      $1,094.25
Total Fess                    $6,123.00

5



**50 Leavenworth Street**
**P.O. Box 1110**
**Waterbury, CT 06721-1110**

**203.573.1200**
**Tax I.D. # 06-0691344**

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

March 23, 2018
Invoice 418053

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: February 28, 2018

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 418053                                                                    March 23, 2018

## PROFESSIONAL SERVICES

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 2/05/18 | AHR | Attention to subpoenas/depositions | .20 | 450.00 | 90.00 |
| 2/06/18 | AHR | Emails with counsel for NDG re: subpoenas | .20 | 450.00 | 90.00 |
| ▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| | | ▮▮▮▮▮▮▮▮▮▮ | | | |
| | | ▮▮▮▮▮▮▮▮ | | | |
| ▮ | ▮ | | ▮ | ▮ | ▮ |
| | | ▮▮▮▮ | | | |
| ▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| | | ▮▮▮▮▮▮▮▮▮▮ | | | |
| | | ▮▮▮▮▮▮▮ | | | |
| 2/12/18 | AHR | Discovery plan | .20 | 450.00 | 90.00 |
| | | ▮▮▮▮▮▮▮▮▮▮ | | | |
| ▮ | ▮ | ▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | | | | |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Atty | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ▮▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮▮▮ | | | |
| ▮▮ | | | ▮ | | ▮ |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| ▮ | ▮▮▮▮▮▮▮ | ▮ |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 418053                                                    March 23, 2018

**TOTAL EXPENSES**

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 418053                                                          March 23, 2018

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ████ | ████ | ████ | ███ | ████ |
|  | ██████ |  |  | ████ |
|  | ██████ |  |  | ████ |
|  | ██████ |  |  | ████ |

| | |
|---|---|
| Total Hours | .60 |
| Total Fees | $270.00 |
| Less Discount | (27.00) |
| Fees Net of Discount | $243.00 |



**CARMODY**
TORRANCE | SANDAK | HENNESSEY LLP

50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

April 18, 2018
Invoice 419403

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: March 31, 2018

**Our Matter #: 2147-733**

**RE:  NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



1

# CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 419403

April 18, 2018

## PROFESSIONAL SERVICES

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| ████ | ████ | ███████████████ | ██ | ███ | ███ |
| 3/08/18 | AHR | Telephone call with D. Payne re: Evergreen discovery, NDG sales | .20 | 450.00 | 90.00 |
| ████ | ████ | █████████████████████████ | ██ | ██ | ██ |
| ████ | ████ | ███████████████ | ██ | ██ | ██ |
| ████ | ████ | ███████████████████ | ██ | ██ | ██ |
| ████ | ████ | ████████████████████ | ██ | ██ | ██ |
| 3/21/18 | AHR | Attention to Evergreen discovery and information | .20 | 450.00 | 90.00 |
| 3/21/18 | TRMI | Telephone conference with A. Frisch re: subpoena compliance; draft e-mail to D. Payne re: information obtained from A. Frisch | 1.50 | 275.00 | 412.50 |
| ████ | ████ | █████████████████ | ██ | ██ | ██ |
| 3/22/18 | TRMI | Analysis re: strategy for extending injunction to Evergreen | .50 | 275.00 | 137.50 |
| 3/23/18 | AHR | Analysis of Evergreen issues; call with D. Payne re: strategy; Evergreen follow-up and strategy, re: liability, subpoena | 1.30 | 450.00 | 585.00 |
| 3/23/18 | TRMI | Telephone conference with D. Payne re: subpoena strategy; telephone conference with A. Frisch re: subpoena compliance; analysis re: potential claims against Evergreen, court intervention to force subpoena compliance, paths to making Evergreen a party, requirements for contempt against New Dover and Evergreen; attend to e-mail correspondence with A. Frisch re: subpoena compliance; attend to e-mail correspondence with D. Payne re: Evergreen strategy | 4.50 | 275.00 | 1,237.50 |
| 3/26/18 | AHR | Attention to Evergreen follow up re: subpoena, strategy | .40 | 450.00 | 180.00 |
| 3/26/18 | TRMI | Legal research re: motion to compel production of documents, place of deposition, potential direct claims against Evergreen; draft updated subpoenas; draft updated notices of deposition; attend to logistics with process server; research re: S. Schiff residence & cohabitants; draft letter to process server; research re: witness fees; draft litigation hold letter to Evergreen; draft e-mail status update to D. Payne re: above | 6.30 | 275.00 | 1,732.50 |
| 3/27/18 | TRMI | Telephone conference with B. Hughes re: service strategy | .20 | 275.00 | 55.00 |
| 3/29/18 | TRMI | Telephone conference with B. Hughes re: status of service; | .30 | 275.00 | 82.50 |



# CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 419403

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Atty | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ████ | | | | | |
| ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | | | ████ | | ████ |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 3/26/18 | RESEARCH WESTLAW | 20.39 |
| 3/26/18 | EVERGREEN CREATIONS, WITNESS FEE | 95.00 |
| 3/26/18 | FINEST SERVICES, INC., SERVICE OF SUBPOENAS | 650.00 |
| 3/26/18 | SAMUEL SCHIFF, WITNESS FEE | 62.00 |
| 3/26/18 | EVERGREEN CREATIONS, WITNESS FEE | 62.00 |
| 4/03/18 | SAMUEL SCHIFF, WITNESS FEE | 93.41 |
| 4/17/18 | FEDERAL EXPRESS, BERNARD HUGHES: FINEST SERVICES ,3-26-18 | 7.96 |
| 4/17/18 | FINEST SERVICES, INC., SERVICE OF SUBPOENA | 125.21 |

**TOTAL EXPENSES**

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 419403                                                April 18, 2018

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ |
| | | ███████ | | ████ |
| | | ████████ | | ████ |
| | | ████████ | | ████ |

Total Hours  15.40
Total Fees              $4,602.50
Less Discount            (460.25)
Fees Net of Discount    $4,142.25
Expenses                $1,115.97
Total                   $5,258.22

4



**50 Leavenworth Street**
**P.O. Box 1110**
**Waterbury, CT 06721-1110**

**203.573.1200**
**Tax I.D. # 06-0691344**

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

May 18, 2018
Invoice 421277

---

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: April 30, 2018

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**



Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**

# CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 421277                                                    May 18, 2018

## PROFESSIONAL SERVICES

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 4/02/18 | AHR | Attention to Evergreen subpoena, discovery directed to Vertime, strategy | .30 | 450.00 | 135.00 |
| 4/02/18 | TRMI | Research re: S. Schiff address information; review New Dover's discovery requests; draft status update to D. Payne | 2.80 | 275.00 | 770.00 |
| 4/03/18 | TRMI | Draft new subpoenas for S. Schiff; attend to logistics of service in New Jersey; analysis of requests for production re: scope of document collection | 1.40 | 275.00 | 385.00 |
| 4/04/18 | TRMI | Analysis re: response to discovery requests, document collection parameters; draft e-mail memorandum to D. Payne re: document collection; draft discovery objections | 1.40 | 275.00 | 385.00 |
| 4/05/18 | AHR | Follow-up re: subpoena | .20 | 450.00 | 90.00 |
| ███████ | ██████ | ████████████████████████████████████████ ██████████████████████████ ████████████████████████████████████ ████████████████████ | ████ | ███████ | ███████ |
| 4/06/18 | AHR | Outline preparation for Evergreen deposition | .20 | 450.00 | 90.00 |
| 4/06/18 | TRMI | Draft objection to discovery requests against Timex; continue drafting objections to discovery requests against Vertime; analysis with A.H. Rubin re: Evergreen deposition strategy | 2.20 | 275.00 | 605.00 |
| 4/10/18 | AHR | Evergreen deposition preparation | .20 | 450.00 | 90.00 |
| 4/10/18 | TRMI | Draft outline of Evergreen / Schiff deposition | 3.80 | 275.00 | 1,045.00 |
| 4/11/18 | AHR | Preparation for Evergreen deposition | 1.00 | 450.00 | 450.00 |
| 4/11/18 | TRMI | Compile potential exhibits for third-party depositions; attend to follow-up with New Jersey process server re: return; review return of service re: S. Schiff | .90 | 275.00 | 247.50 |
| 4/12/18 | AHR | Evergreen deposition preparation | 1.00 | 450.00 | 450.00 |
| 4/12/18 | TRMI | Continue assembly of exhibits for third-party depositions; telephone conferences with A. Frisch regarding depositions; attend to e-mail correspondence with A. Frisch regarding depositions | 1.00 | 275.00 | 275.00 |
| 4/13/18 | AHR | Travel/attendance at Evergreen deposition; attention to motion to quash and possible resolution | 4.50 | 450.00 | 2,025.00 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 421277

May 18, 2018

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 4/13/18 | TRMI | Review / analysis of motion to quash; begin drafting response to motion to quash; begin drafting motion to compel in response to objections to requests for production of documents; legal research re: authority for motions to compel; draft proposed protective order; draft status update to D. Payne; attend to e-mail correspondence with A. Frisch re: protective order and agreement to comply with subpoena; continue drafting objections to New Dover's discovery requests; review court order referring case to magistrate judge for discovery disputes | 4.40 | 275.00 | 1,210.00 |
| ██ ████ | ████ | ████████████████████████ | ███ | ████ | █████ |
| 4 ██ | ████ | ████████████ | ███ | ████ | █████ |
| 4/17/18 | TRMI | Legal research re: procedure for asserting motion to compel, lack of basis for motion to quash, source of grey market goods as trade secret or protectable confidential info; draft notice of motion to compel; draft memorandum in support of motion to compel; review and analysis of motion to quash re: items requiring response; attend to e-mail correspondence with D. Payne re: potential settlement | 4.20 | 275.00 | 1,155.00 |
| ██ ████ | ████ | ████████████████████████ | ███ | ████ | █████ |
| 4/18/18 | TRMI | Review / analysis of court order re: discovery dispute briefing and oral argument; review docket re: action items; analysis re: response to motion to quash | .90 | 275.00 | 247.50 |
| 4/19/18 | AHR | Attention to Evergreen, NDG, Vertime discovery strategy | .30 | 450.00 | 135.00 |
| 4/20/18 | AHR | Attention to opposition to Evergreen motion to quash | .40 | 450.00 | 180.00 |
| 4/20/18 | TRMI | Draft objection to motion to quash | 2.00 | 275.00 | 550.00 |
| 4/23/18 | AHR | Continue drafting opposition to motion to quash; revise Declaration | 2.50 | 450.00 | 1,125.00 |
| 4/23/18 | TRMI | Legal research re: opposition to motion to quash; continue drafting opposition to motion to quash re: trade secret argument; draft affidavit in support of opposition to motion to quash; assemble exhibits for opposition to motion to quash; attend to filing of same | 4.40 | 275.00 | 1,210.00 |
| 4/24/18 | TRMI | Draft pre-motion conference request re: motion to compel / for payment of expenses; attend to e-mail correspondence with R. Coleman re: extension of time for discovery responses | 2.90 | 275.00 | 797.50 |
| 4/26/18 | AHR | Review Evergreen reply brief re: subpoena | .20 | 450.00 | 90.00 |
| 4/26/18 | TRMI | Review Evergreen/Schiff filings re: motions related to subpoenas; draft status update to D. Payne | 1.00 | 275.00 | 275.00 |
| ██ ████ | ████ | ████████████████████████ | ███ | ████ | █████ |
| 4/27/18 | TRMI | Attend to preparation for hearing re: motion to quash Evergreen/Schiff subpoenas; review e-mail correspondence from D. Payne | 1.30 | 275.00 | 357.50 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 421277                                                    May 18, 2018

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 4/30/18 | AHR | Prepare for oral argument on motion to quash/Evergreen subpoena | 2.00 | 450.00 | 900.00 |
| 4/30/18 | TRMI | Attend to preparation for discovery conference re: motion to quash | .30 | 275.00 | 82.50 |

**TOTAL PROFESSIONAL SERVICES**
10% FEE DISCOUNT
**NET PROFESSIONAL SERVICES**



## SUMMARY OF PROFESSIONAL SERVICES

| Name | Atty | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ███ | █ | ███ | ███ | █ | ███ |
| ███ | █ | ███ | ███ | █ | ███ |
| ███ | | | ███ | | ███ |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 4/20/18 | ROUNDTRIP TRAVEL TO WHITE PLAINS,NY FROM WATERBURY (4-13-18) 180 MILES @ .545 | 98.10 |
| 4/24/18 | FEDERAL EXPRESS, ATTN: JENNA: ESQUIRE PROCESS SERVICING LLC, 4-3-18 | 8.48 |
| 4/24/18 | ESQUIRE PROCESSING SERVICING, LLC, CASE: CV-038444/BASIC SERVICE PC FOR SAMUEL SCHIFF | 52.99 |

**TOTAL EXPENSES**

**TOTAL THIS INVOICE**



CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 421277                                                                      May 18, 2018

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ███ | ███ | ███ | █ | ███ |
| ███ | ███ | ███ | █ | ███ |
| | ███ | | | ███ |
| | ███ | | | ███ |
| | ███ | | | ███ |

| | |
|---|---|
| Total Hours  47.70 | |
| Total Fees | $15,357.50 |
| Less Discount | (1,535.75) |
| Fees Net of Discount | $13,821.75 |
| Expenses | $159.57 |
| Total | $13,981.32 |

5



**50 Leavenworth Street**
**P.O. Box 1110**
**Waterbury, CT 06721-1110**

**203.573.1200**
**Tax I.D. # 06-0691344**

TIMEX GROUP USA, INC.                                                June 13, 2018
ATTN. DAVID PAYNE, ESQ.                                            Invoice 424202
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: May 31, 2018

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services                          
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 424202                                                       June 13, 2018

## PROFESSIONAL SERVICES

| Date | Atty | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 5/01/18 | AHR | Preparation for and attendance at oral argument re: Evergreen subpoena; telephone call with client | 4.80 | 450.00 | 2,160.00 |
| 5/01/18 | TRMI | Attend oral argument of motion to quash in White Plains, NY; telephone conference with D. Payne re: same, settlement offer, and strategy for next steps | 4.80 | 275.00 | 1,320.00 |
| 5/02/18 | AHR | Protective order; subpoena compliance; court filings | 1.00 | 450.00 | 450.00 |
| 5/02/18 | TRMI | Attend to motion for protective order | .20 | 275.00 | 55.00 |
| 5/03/18 | AHR | Emails re: document production, deposition; initial review of Evergreen documents | 1.00 | 450.00 | 450.00 |
| 5/04/18 | AHR | Follow up re: deposition; status update to client; Evergreen documents; analysis re: contempt, appointment of receiver | .80 | 450.00 | 360.00 |
| ██████ | ████ | ██████████████████████████████████████ | ██ | ██ | ██ |
| 5/04/18 | TRMI | Review / analysis of S. Schiff document production; telephone conference with D. Payne re: document production, case strategy; draft e-mail update to A.H. Rubin re: same | 1.10 | 275.00 | 302.50 |
| 5/07/18 | AHR | Evergreen deposition | .20 | 450.00 | 90.00 |
| 5/08/18 | AHR | Renotice Evergreen & Schiff depositions; review rough outline of motion for contempt | .30 | 450.00 | 135.00 |
| 5/08/18 | DB1 | Conduct legal research re: legal and evidentiary standards for civil contempt in the Second Circuit and Southern District of New York; review contempt decisions authored by Judge Karas; draft memorandum analyzing same for upcoming motion for contempt | 2.80 | 235.00 | 658.00 |
| ██████ | ████ | ██████████████████████ | ██ | ██ | ██ |
| 5/11/18 | AHR | Attention to discovery follow up, Evergreen deposition | .30 | 450.00 | 135.00 |
| 5/14/18 | AHR | Evergreen deposition preparation | 1.00 | 450.00 | 450.00 |
| 5/14/18 | TRMI | Review court orders re: discovery; analysis re: near term action items | .70 | 275.00 | 192.50 |
| 5/15/18 | AHR | Preparation for and attendance at deposition of Evergreen | 8.00 | 450.00 | 3,600.00 |
| 5/16/18 | AHR | Report on Evergreen deposition; prepare subpoenas and document demands to Stuhrling Outlet | 1.00 | 450.00 | 450.00 |
| 5/17/18 | AHR | Prepare new subpoena; modify date range, finalize arrangements for service | 1.00 | 450.00 | 450.00 |
| 5/17/18 | TRMI | Attend to subpoenas of Chaim Fischer, Stuhrling Outlet, Stuhrling Original | .60 | 275.00 | 165.00 |
| 5/18/18 | TRMI | Attend to communications with process server re: C. Fischer / Stuhrling deposition | .20 | 275.00 | 55.00 |
| 5/22/18 | AHR | Service of subpoenas; Vertime discovery responses | .30 | 450.00 | 135.00 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 424202

June 13, 2018

| Date | Atty | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | | ▮ | | | |
| | | ▮ | | | |
| | | ▮ | | | |
| | | ▮ | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | | | |

**TOTAL PROFESSIONAL SERVICES**
**10% FEE DISCOUNT**
**NET PROFESSIONAL SERVICES**



### SUMMARY OF PROFESSIONAL SERVICES

| Name | Atty | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | | | | | ▮ |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 5/04/18 | ANN H. RUBIN, PARKING - NY 5/1 | 1.00 |
| 5/04/18 | ANN H. RUBIN, TRAVEL FROM WATERBURY TO WHITE PLAINS (5-1) 180 MILES @ .545 | 98.10 |
| 5/08/18 | RESEARCH WESTLAW | 91.00 |
| ▮ | ▮ | ▮ |
| 5/17/18 | STUHRLING OUTLET, FEE FOR FEDERAL DEPOSITION SUBJPOENA | 83.60 |
| 5/17/18 | CHAIM FISCHER, FEE FOR FEDERAL DEPOSITION SUBPOENA | 83.60 |
| 5/17/18 | STUHRLING ORIGINAL LLC, FEE FOR FEDERAL DEPOSITION SUBPOENA | 83.60 |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 424202                                                                June 13, 2018

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ████████████████████████ | ███ |
|     | ██████ | |
| ███ | ████████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
|     | ████████ | |
|     | ████████ | ███ |
|     | ████████ | ███ |

### CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 424202                                                    June 13, 2018

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |
| | | ▮ | | ▮ |
| | | ▮ | | ▮ |
| | | ▮ | | ▮ |

Total Hours  30.10
Total Fees              $11,613.00
Less Discount           (1,161.30)
Fees Net of Discount    $10,451.70
Expenses                  $440.90
Total                   $10,892.60



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

July 18, 2018
Invoice 425867

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: June 30, 2018

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 425867                                                                July 18, 2018

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 6/01/18 | AHR | Review discovery and subpoena status; conference call with D. Payne re: discovery, strategy | 1.00 | 450.00 | 450.00 |
| ████ | ███ | ██████████████████████████ | ██ | ██ | ███ |
| 6/04/18 | AHR | Follow-up re: Stuhrling deposition | .20 | 450.00 | 90.00 |
| ████ | ███ | ██████████████████ | ██ | | |
| ████ | ███ | ████████ | ██ | ██ | ██ |
| ████ | ███ | ██████████████████████ | ██ | ██ | ██ |
| 6/14/18 | AHR | Review e-mail re: NDG sales; analysis of timing; attention to status conference | .30 | 450.00 | 135.00 |
| 6/14/18 | TRMI | Review e-mail from D. Payne re: Bossi Holdings interaction with Macy's; research re: Bossi Holdings | .70 | 275.00 | 192.50 |
| ████ | ███ | ████████████████████████ | ██ | ██ | ██ |
| ████ | ███ | ██████████████████████ | ██ | ██ | ██ |
| ████ | ███ | ███████████████████████████ | ██ | ██ | ██ |
| 6/25/18 | AHR | Prepare for Stuhrling deposition | 1.50 | 450.00 | 675.00 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 425867                                                                July 18, 2018

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| ██ | ██ | ███████████████ | ██ | ██ | ████ |
| 6/26/18 | AHR | Attendance at Stuhrling deposition; report to/e-mails with client; analysis re: contempt issues | 8.00 | 450.00 | 3,600.00 |
| ██ | ██ | ███████████████ | ██ | ██ | ████ |
| 6/27/18 | AHR | Deposition exhibit follow-up; Stuhrling invoices; contempt analysis; call with D. Payne re: strategy | 1.00 | 450.00 | 450.00 |
| 6/27/18 | TRMI | Draft letter ; legal research re: contempt strategy, potential defenses of Stuhrling | 2.40 | 275.00 | 660.00 |
| 6/28/18 | AHR | Stuhrling cease and desist letter; begin transcript review re: contempt | 1.50 | 450.00 | 675.00 |
| 6/28/18 | TRMI | Continue drafting cease and desist letter to C. Fischer and Stuhrling Original LLC; attend to e-mail correspondence with D. Payne re: same; legal research re: appointment of receiver | 3.80 | 275.00 | 1,045.00 |
| 6/29/18 | AHR | Request for premotion conference | .40 | 450.00 | 180.00 |
| 6/29/18 | TRMI | Draft pre-motion conference request re: sanctions, contempt, receiver; legal research re: basis for active concert and participation allegation; assemble exhibits to pre-motion conference request; draft e-mail correspondence to D. Payne re: same; attend to review of court filings / transcripts re: false statements; attend to filing of premotion conference request; telephone conference with A. Frisch re: settlement with Fischer-Stuhrling; draft e-mail update to D. Payne re: same | 5.30 | 275.00 | 1,457.50 |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ████ | ██ | ████ | ██ | ██ | ████ |
| ████ | | | ██ | | ████ |

# CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 425867                                                            July 18, 2018

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 6/19/18 | PARKING | 2.00 |
| 6/19/18 | ROUNDTRIP TRAVEL FROM WATERBURY TO WHITE PLAINS 132 MILES @ .545 | 71.94 |
| 6/25/18 | PHOTOCOPIES | 12.80 |
| 6/26/18 | ANN H. RUBIN, ROUNDTRIP TRAVEL TO WHITE PLAINS, NY FROM WATERBURY, CT 6/26/18 - 180 MILES @ .545 | 98.10 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 425867                                                July 18, 2018

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |
| | | █████ | | ████ |
| | | ██████ | | ████ |
| | | ██████ | | ████ |

Total Hours  26.10
Total Fees              $9,164.50
Less Discount           (916.45)
Fees Net of Discount    $8,248.05
Expenses                $184.84
Total Fees              $8,432.89



**50 Leavenworth Street**
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

August 21, 2018
Invoice 427551

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: July 31, 2018

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 427551                                                                      August 21, 2018

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 7/02/18 | ATM | Draft citation / exhibit list of inconsistent statements | 6.10 | 175.00 | 1,067.50 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮▮ | ▮▮▮ |
| 7/05/18 | TRMI | Review responses to request for pre-motion conference re: sanctions / contempt / receiver; legal research re: differentiating defendant's authority; begin drafting pre-motion conference reply | .80 | 275.00 | 220.00 |
| 7/09/18 | AHR | Analysis of contempt letter, discovery strategy and status | .30 | 450.00 | 135.00 |
| 7/09/18 | TRMI | Legal research re: authority for reply to pre-motion conference request; analysis with A.H. Rubin re: discovery strategy, reply to pre-motion conference request; draft reply in support of pre-motion conference request | 8.40 | 275.00 | 2,310.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮ | ▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮ | ▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮ | ▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮▮ | ▮▮ |
| 7/20/18 | AHR | Begin preparation for pre-motion conference; attention to discovery needed for contempt proceeding | .50 | 450.00 | 225.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮▮ | ▮▮.50 |
| 7/23/18 | AHR | Begin preparation for premotion conference re: sanctions | .50 | 450.00 | 225.00 |
| 7/23/18 | TRMI | Attend to assembly of key litigation documents from injunction action; research re: status of New Dover Group as recorded by NY Secretary of State re: defendant for arbitration; draft e-mail correspondence to D. Payne re: same | 1.20 | 275.00 | 330.00 |
| 7/24/18 | AHR | Attendance at court on contempt; report to client | 4.00 | 450.00 | 1,800.00 |
| 7/24/18 | TRMI | Review court minutes re: pre-motion hearing action items | .20 | 275.00 | 55.00 |
| 7/25/18 | AHR | Conference call with D. Payne re: court appearance, settlement strategy; draft supplemental injunction; attention to settlement conference with NDG counsel | 2.00 | 450.00 | 900.00 |

# CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 427551                                                         August 21, 2018

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 7/25/18 | TRMI | Telephone conference with D. Payne re: action items following pre-motion conference re: sanctions, contempt, receiver; outline next steps re: settlement discussions, motion preparation, discovery needed; review / revise draft supplemental injunction order | 3.10 | 275.00 | 852.50 |
| ███ | ██ | ████████████████████████████████████████ | ██ | ██ | ███ |
| 7/30/18 | AHR | Follow up re: supplemental injunction | .30 | 450.00 | 135.00 |
| 7/31/18 | AHR | Revise proposed injunction; email counsel re: same | .40 | 450.00 | 180.00 |
| 7/31/18 | TRMI | Analysis concerning hearing transcripts re: basis for sanctions motion; review and analysis of e-mail from A. Frisch re: draft supplemental injunction; revise draft supplemental injunction | .80 | 275.00 | 220.00 |

 

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ███████████ | ███ | ████████ | ███ | ███ | ███ |
| ███████ | ██ | ███████ | ███ | ███ | ███ |
| █████ | | | ███ | | ████ |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 7/09/18 | RESEARCH WESTLAW | 127.30 |
| 7/18/18 | SUE GHORAYEB, COURT REPORTER: US DISTRICT OF COURT 7-18 | 8.11 |
| 7/18/18 | TRANSCRIPT FEES, SUE GHORAYEB, PREPAYMENT FOR COURT TRANSCRIPT | 79.20 |
| 7/20/18 | FEDERAL EXPRESS, CHRISTINA M. ARENDS-DIECK RPR: US DISTRICT COURT 7-20 | 8.60 |
| 7/20/18 | TRANSCRIPT FEES, CHRISTINA M. ARENDS-DIECK, COURTFLOW TRANSCRIPT OF 5/1/18 PROCEEDING | 112.14 |
| 7/24/18 | MILEAGE, ANN H. RUBIN, ROUNDTRIP TRAVEL TO WHITE PLAINS, NY FROM WATERBURY 7/24/18 - 180 MILES @ .545 | 98.10 |
| 7/24/18 | PARKING, ANN H. RUBIN, PARKING IN WHITE PLAINS, NY | 1.00 |
| 7/25/18 | CONFERENCE CALL 7/25/18 | 5.33 |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 427551                                                    August 21, 2018

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |
|  | ███████ |  |  | ██████ |
|  | ███████ |  |  | ██████ |
|  | ███████ |  |  | ██████ |

Total Hours  28.60
Total Fees                     $8,655.00
Less Discount                   (865.50)
Fees Net of Discount           $7,789.50
Expenses                         $439.78
Total                          $8,229.28



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.                                              August 21, 2018
ATTN. DAVID PAYNE, ESQ.                                           Invoice 427551
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

## REMITTANCE ADVICE

**Our Matter #: 2147-733**

**BALANCE DUE THIS INVOICE**          

Previous Balance

**TOTAL BALANCE DUE**

Please return this advice with payment to:     Carmody Torrance Sandak & Hennessey LLP
                                               ATTN: Accounts Receivable
                                               P.O. Box 1110
                                               Waterbury, CT 06721-1110

**Please indicate invoices to be paid, if not paying the TOTAL BALANCE DUE.**
**Absent payment instructions, payments will be applied to the oldest invoice first.**

Wire Transfer Instructions:     Webster Bank, N.A.
                                145 Bank Street
                                Waterbury, CT  06702
                                ABA# 2111 7010 1
                                Account# 10008816496
                                Account Type: Checking
                                Carmody Torrance Sandak & Hennessey LLP
                                Swift Code: WENAUS31

**INVOICES ARE DUE AND PAYABLE UPON RECEIPT**



**CARMODY**
TORRANCE | SANDAK | HENNESSEY LLP

50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

September 17, 2018
Invoice 428677

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: August 31, 2018

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 428677

September 17, 2018

### PROFESSIONAL SERVICES

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 8/01/18 | AHR | Follow-up re: supplemental injunction | .40 | 450.00 | 180.00 |
| ▉▉ | ▉▉ | ▉▉▉▉▉▉▉▉ | ▉ | ▉ | ▉ |
| ▉▉ | ▉▉ | ▉▉▉▉▉▉▉▉ | ▉ | ▉ | ▉ |
| ▉▉ | ▉▉ | ▉▉▉▉▉▉▉▉ | ▉ | ▉ | ▉ |
| 8/07/18 | TRMI | Draft motion for contempt; legal research re: authority for contempt motion; review hearing transcripts re: false statements; review prior pleadings re: false statements | 4.10 | 275.00 | 1,127.50 |
| 8/08/18 | AHR | Review court order; attention to further documents for contempt hearing | .20 | 450.00 | 90.00 |
| 8/08/18 | TRMI | Draft motion for contempt, sanctions, and receiver; review hearing transcripts re: false statements, timeline of deal with Fischer | 3.50 | 275.00 | 962.50 |
| 8/09/18 | TRMI | Continue drafting motion for contempt, receiver, and sanctions re: factual background; review C. Fischer deposition transcript re: facts for contempt motion | 3.00 | 275.00 | 825.00 |
| 8/10/18 | AHR | Motion for contempt; draft fee affidavit; e-mail Frisch re: Fischer/Stuhrling documents to be produced | 2.00 | 450.00 | 900.00 |
| 8/10/18 | KMA | Proofread, cite check motion for contempt, sanctions and receiver | 1.50 | 225.00 | 337.50 |
| 8/10/18 | TRMI | Continue drafting contempt motion re: legal arguments; compile exhibits to contempt motion; legal research re: court's inherent authority to sanction | 3.90 | 275.00 | 1,072.50 |
| 8/13/18 | AHR | Telephone call with Frisch re: subpoena compliance; review court order; analysis of damages strategy; review fee invoices for fee affidavit | 1.50 | 450.00 | 675.00 |
| 8/13/18 | TRMI | Review transcript of Y. Wertzberger testimony re: false and misleading statements; attend to e-mail correspondence with D. Payne re: status of discovery | 2.60 | 275.00 | 715.00 |
| 8/14/18 | AHR | Motion for contempt, fee preparation | 2.00 | 450.00 | 900.00 |

2

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 428677                                                    September 17, 2018

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 8/14/18 | TRMI | Continue review of Y. Werzberger testimony re: false statements; legal research re: inherent authority to sanction, burden of proof on disgorgement, attorney's fees as sanctions; continue drafting motion for contempt re: false statements of Y. Werzberger, logistics of evidence of damages; telephone conference with D. Payne re: discovery timeline, sanctions / collection strategy; attend to e-mail correspondence with J. Ross re: discovery schedule | 5.70 | 275.00 | 1,567.50 |
| ███ | ███ | ████████████████ | ███ | ███ | ███ |
| ███ | ███ | ████████████████ | ███ | ███ | ███ |
| ███ | ███ | ████████ | ███ | ███ | ███ |
| 8/27/18 | AHR | Review NDG inventory; strategy for response; e-mail report to D. Payne; draft letter to court re: NDG violation of court order | 2.00 | 450.00 | 900.00 |
| 8/27/18 | TRMI | Review and analysis of New Dover's inventory disclosure; review court orders re: same; analysis re: response to failure to comply with order to disclose inventory; draft e-mail memorandum to A.H. Rubin summarizing background information for pre-motion conference letter re: inventory contempt | 2.50 | 275.00 | 687.50 |
| 8/28/18 | AHR | Finalize letter to court re: inventory | .50 | 450.00 | 225.00 |
| 8/28/18 | TRMI | Attend to drafting of request for pre-motion conference; cite check hearing quotes; attend to filing of same; e-mail correspondence with D. Payne re: same and status of document collection | 2.10 | 275.00 | 577.50 |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 428677                                                September 17, 2018

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ██████ | ██ | ██████ | ██ | ██ | ██ |
| ██████ | ██ | ██████ |  |  |  |
| ██████ |  |  | ██ |  | ██ |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 8/01/18 | TRANSCRIPT FEES, SUE GHORAYEB, COPIES OF TRANSCRIPTS | 125.00 |
| 8/14/18 | RESEARCH WESTLAW | 116.94 |

4

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 428677                                                    September 17, 2018

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |
| | | ▮ | | ▮ |
| | | ▮ | | ▮ |
| | | ▮ | | ▮ |

Total Hours  37.50
Total Fees                              $11,742.50
Less Discount                          (1,174.25)
Fees Net of Discount              $10,568.25
Expenses                                   $241.94
Total                                     $10,810.19



**50 Leavenworth Street**
**P.O. Box 1110**
**Waterbury, CT 06721-1110**

**203.573.1200**
**Tax I.D. # 06-0691344**

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

November 12, 2018
Invoice 433955

---

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: October 31, 2018

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**



Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 433955                                          November 12, 2018

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| ██ | ██ | ████████████████████ | ██ | ██ | ██ |
| ██ | ██ | ████████████████████ | ██ | ██ | ██ |
| | | ████████████ | | | |
| ██ | | ████████████████ | ██ | | |
| ██ | | | ██ | | |
| 10/03/18 | AHR | Follow-up re: expert and contempt status | .20 | 450.00 | 90.00 |
| 10/03/18 | TRMI | Telephone conference with D. Payne re: logistical strategy for remainder of case in light of contempt motion; draft letter request for status conference | 1.10 | 275.00 | 302.50 |
| ██ | ██ | █████████████████████ | ██ | ██ | ██ |
| ██ | ██ | ████████████████████████ | ██ | ██ | ██ |
| 10/05/18 | AHR | Attention to service of process for deposition on Fischer; attention to discovery schedule revision, status conference | 1.00 | 450.00 | 450.00 |
| 10/05/18 | TRMI | Attend discovery status conference in White Plains before Magistrate Judge McCarthy; attend to service of subpoena issues re: Fischer-Stuhrling; attend to re-notice of deposition of NDG and S. Friedmann to schedule following document production by NDG | 5.00 | 275.00 | 1,375.00 |
| 10/10/18 | AHR | Attention to depositions | .20 | 450.00 | 90.00 |
| 10/10/18 | TRMI | Research re: association between C. Fischer and S. Friedmann re: deposition of C. Fischer | .40 | 275.00 | 110.00 |
| 10/10/18 | TRMI | Attend to e-mail correspondence with J. Ross re: dates for depositions | .50 | 275.00 | 137.50 |
| ██ | ██ | ████████████████████ | ██ | ██ | ██ |
| ██ | ██ | █████████████████████████ | ██ | ██ | ██ |
| ██ | | ████████████████ | ██ | ██ | ██ |
| ██ | | ████████ | | | |
| ██ | | ████████████████████ | | | |
| 10/15/18 | TRMI | Legal research re: entry of injunction by default | 3.10 | 275.00 | 852.50 |
| 10/16/18 | AHR | Review/revise default letter to court; e-mail update to D. Payne | .20 | 450.00 | 90.00 |
| 10/16/18 | TRMI | Draft pre-motion conference request re: default | 1.80 | 275.00 | 495.00 |
| ██ | ██ | ████████████ | ██ | ██ | ██ |
| 10/19/18 | TRMI | Prepare outline and exhibits for deposition of Fischer-Stuhrling | .10 | 275.00 | 27.50 |
| 10/22/18 | AHR | Attention to Stuhrling deposition | .20 | 450.00 | 90.00 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 433955                                                November 12, 2018

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 10/22/18 | TRMI | Attend to e-mail correspondence with A. Frisch re: subpoena compliance; legal research re: compelling compliance with subpoena | 1.60 | 275.00 | 440.00 |
| 10/23/18 | TRMI | Attend to e-mail correspondence with J. Ross re: deposition status; telephone call to Judge Karas' chambers re: status of pre-motion conference request | .40 | 275.00 | 110.00 |
| ███ | ███ | | ██ | ██ | ██ |
| 10/24/18 | TRMI | Draft response to Fischer-Stuhrling pre-motion request re: motion to quash | 1.30 | 275.00 | 357.50 |
| 10/25/18 | TRMI | Continue drafting response to pre-motion request to quash subpoenas to Fischer-Stuhrling; assemble exhibits re: same; review and analysis of record evidence to refute basis for motion to quash | 3.20 | 275.00 | 880.00 |
| 10/26/18 | AHR | Review/revise letter brief re: Stuhrling subpoena compliance | .20 | 450.00 | 90.00 |
| 10/31/18 | TRMI | Prepare for discovery conference before M.J. McCarthy re: Fischer-Stuhrling motion to quash; begin review of New Dover document production; review New Dover's response to our request for pre-motion conference re: default | .70 | 275.00 | 192.50 |

 

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ████ | ██ | ███ | ██ | ██ | ███ |
| ███ | | | ██ | | ███ |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 9/28/18 | FEDERAL EXPRESS, BRIAN ESQUIRE PROCESS SERVICING LLC 1608 ROUTE 88 BRICK NJ 08724 US, 9-28-18 | 8.68 |
| 10/10/18 | ESQUIRE PROCESSING SERVICING, LLC, ADDRESS SEARCH | 35.00 |
| 10/11/18 | ESQUIRE PROCESSING SERVICING, LLC, SERVICE OF SUBPOENA RE : STURHLING OUTLET C/O CHAIM FISCHER | 35.00 |
| 10/11/18 | ESQUIRE PROCESSING SERVICING, LLC, SERVICE OF SUBPOENA RE : STURHLING ORIGINAL LLC C/O CHAIM FISCHER | 35.00 |
| 10/11/18 | ESQUIRE PROCESSING SERVICING, LLC, SERVICE OF SUBPOENA / CHAIM FISCHER | 169.99 |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 433955                                                    November 12, 2018

| Date | Description | Amount |
|------|-------------|--------|
| 10/15/18 | RESEARCH WESTLAW | 48.24 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 433955                                                November 12, 2018

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |
| | ███ | | | ███ |
| | ███ | ███ | | ███ |
| | ███ | ███ | | ███ |

Total Hours  21.20
Total Fees                    $6,180.00
Less Discount                 (618.00)
Fees Net of Discount          $5,562.00
Expenses                      $331.91
Total                         $5,893.91



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

January 21, 2019
Invoice 437263

---

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: December 31, 2018

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 437263

January 21, 2019

### PROFESSIONAL SERVICES

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| ███ | ███ | | ███ | ███ | ███ |
| 11/01/18 | TRMI | Attend argument re: motion to quash Fischer-Stuhrling subpoenas in White Plains, NY; analysis re: discovery strategy in light of contempt and potential default; draft status update to D. Payne | 6.20 | 275.00 | 1,705.00 |
| ███ | ███ | ████████████ | ███ | ███ | ███ |
| ███ | ███ | ████████████ | ███ | ███ | ███ |
| 11/05/18 | AHR | Attention to pending motions | .20 | 450.00 | 90.00 |
| ███ | ███ | ████████████ | ███ | ███ | ███ |
| | | ████████████ | | | |
| 11/06/18 | TRMI | Attend to e-mail correspondence with A. Frisch re: status of document production and dates for deposition | .10 | 275.00 | 27.50 |
| ███ | ███ | ████████████ | ███ | ███ | ███ |
| | | ████████████ | | | |
| ███ | ███ | ████████████ | ███ | ███ | ███ |
| | | ███ | | | |
| ███ | ███ | ████████████ | ███ | ███ | ███ |
| | | ████████████ | | | |
| | | ████████████ | | | |
| | | ████████████ | | | |
| ███ | ███ | ████████████ | ███ | ███ | ███ |
| | | ████████████ | | | |
| | | ████████████ | | | |
| | | ████████████ | | | |
| ███ | ███ | ████████████ | ███ | ███ | ███ |
| | | ████████████ | | | |
| | | ████████████ | | | |
| ███ | ███ | ████████████ | ███ | ███ | ███ |
| | | ████████████ | | | |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 437263                                                      January 21, 2019



| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|----------------------|-------|------|--------|
| ███ | ███ | ████████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ | ██ |
| ███ | ██ | ████████████████ | ██ | ██ | ██ |
| ███ | ██ | ████████████████ | ██ | ██ | ██ |
| ███ | ██ | ████████████████ | ██ | ██ | ██ |
| 11/15/18 | TRMI | Attend to preparation for deposition of Fischer-Stuhrling; review secretary of state documents re: M&T Bank sale purchasers, S. Friedmann affiliates, C. Fischer affiliates | .80 | 275.00 | 220.00 |
| ███ | ███ | ████████████████ | ██ | ██ | ██ |
| 11/16/18 | LSP1 | Attention to received search results from New York Department of State | .50 | 200.00 | 100.00 |
| ███ | ███ | ████████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████████ | ██ | ██ | ██ |
| ███ | ██ | ████████████████ | ██ | ██ | ██ |
| ███ | ██ | ████████████████ | ██ | ██ | ██ |
| ███ | ██ | ████████████████ | ██ | ██ | ██ |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 437263                                              January 21, 2019

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮ | ▮▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮ | ▮ | 5.00 | 522.50 |
| 11/29/18 | TRMI | Review / analyze Sturhling's second document production; attend to e-mail correspondence with A. Frisch re: completion of document production; draft e-mail status update to D. Payne | .90 | 275.00 | 247.50 |
| 11/30/18 | TRMI | Analyze sales data re: deposition preparation and compilation of summary for use in supplemental memorandum in support of motion for contempt and sanctions | 1.60 | 275.00 | 440.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮▮ |
| 12/07/18 | TRMI | Draft letter supplement to Motion for Contempt and Sanctions; analysis of financial records re: proof of contempt damages | 1.70 | 275.00 | 467.50 |
| 12/10/18 | TRMI | Continue analysis of sales data re: stuhrling's profit at various points in time | 1.80 | 275.00 | 495.00 |
| 12/10/18 | TRMI | Continue drafting supplement to motion for sanctions re: relevant procedural history | 1.00 | 275.00 | 275.00 |
| 12/11/18 | TRMI | Continue review of sales data in comparison to previously produced documents; review depositions of C. Fischer and S. Schiff re: inconsistent statements re: dates of NDG transaction; continue drafting supplement to contempt motion; assemble exhibits for same | 4.00 | 275.00 | 1,100.00 |
| 12/12/18 | AHR | Review supplemental letter to court re: contempt | .40 | 450.00 | 180.00 |
| 12/12/18 | TRMI | Continue drafting supplemental memorandum re: newly discovered damages evidence; continue review of transcripts re: evidence from which early notice of injunction may be inferred; continue assembly of exhibits; attend to filing of supplement; draft e-mail to D. Payne re: same | 2.50 | 275.00 | 687.50 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮▮ |

# CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 437263                                                                January 21, 2019

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| ███ | ███ | ████████████████████ | ███ | ███ | ████ |
| | | ████████████████████ | | | |
| | | ████████████████████ | | | |
| | | ████████████ | | | |
| ███ | ███ | ████████████████ | ███ | ███ | ███ |
| ███ | ███ | ████████████████ | ███ | ███ | ███ |
| | | ████████████████ | | | |
| | | ████████████████ | | | |
| 12/18/18 | TRMI | Review Fischer-Stuhrling's response to sales data supplement; prepare for telephone conference with J. Ross re: request for financial data; telephone conference with Magistrate Judge McCarthy's chambers re: new date for conference; telephone conference with J. Ross re: financial / liquidity information | 1.50 | 275.00 | 412.50 |
| 12/19/18 | AHR | Attention to court order re: hearing on motion for contempt | .20 | 450.00 | 90.00 |



## SUMMARY OF PROFESSIONAL SERVICES

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ████████ | ███ | ████████ | ███ | ███ | █████ |
| ████████ | ███ | ████████ | ███ | ███ | █████ |
| ████████ | ███ | ████████ | ███ | ███ | █████ |
| ████████ | ███ | ████████ | ███ | ███ | █████ |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/18 | TODD MICHAELIS, PARKING | 2.00 |
| 11/08/18 | STUHRLING OUTLET, FEE FOR FEDERAL DEPOSITION SUBPOENA | 83.60 |
| 11/08/18 | STUHRLING ORIGINAL LLC, FEE FOR FEDERAL DEPOSITION SUBPOENA | 83.60 |
| 11/14/18 | RESEARCH WESTLAW | 491.71 |
| 11/14/18 | DATA REPORTING CORP., INC., FOR THE PURPOSE OF OBTAINING ORGANIZATIONAL DOCUMENTS FROM NY DEPT OF STATE | 62.70 |

# CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 437263                                                            January 21, 2019

| Date | Description | Amount |
|------|-------------|--------|
| 11/15/18 | DATA REPORTING CORP., INC., FOR THE PURPOSE OF OBTAINING ORGANIZATIONAL DOCUMENTS FROM NY DEPT OF STATE | 292.00 |
| 11/15/18 | DATA REPORTING CORP., INC., FOR THE PURPOSE OF OBTAINING ORGANIZATIONAL DOCUMENTS FROM NY DEPT OF STATE | 409.00 |
| 11/16/18 | FEDERAL EXPRESS, HONORABLE KENNETH M. KARAS: UNITED STATES DISTRICT COURT, 11-16-18 | 8.66 |
| 11/16/18 | FEDERAL EXPRESS, MAGISTRATE JUDGE JUDITH C. MCC FEDERAL BUILDING & US COURTHOUSE, 11-16-18 | 8.66 |

Total Hours  23.40
Total Fees            $6,537.50
Less Discount          (653.75)
Fees Net of Discount  $5,883.75
Expenses              $1,441.93
Total                 $7,325.68



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.                                      February 21, 2019
ATTN. DAVID PAYNE, ESQ.                                   Invoice 438866
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: January 31, 2019

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 438866                                                February 21, 2019

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 1/26/19 | TRMI | Assemble preparatory materials for hearing re: sanctions and default | .50 | 310.00 | 155.00 |
| 1/28/19 | TRMI | Continue assembly of preparatory materials for oral argument; attend oral argument with Judge Karas and discovery conference with Judge McCarthy in White Plains | 8.20 | 310.00 | 2,542.00 |
| 1/29/19 | AHR | Strategy and planning for contempt hearing | .30 | 450.00 | 135.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 1/30/19 | TRMI | Assemble materials for contempt cross-examination of C. Fischer, S. Friedman, Y. Werzberger | 2.20 | 310.00 | 682.00 |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ▮▮▮ | ▮▮ | | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | | | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | | | | | |

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 1/28/19 | TODD MICHAELIS, ROUNDTRIP TRAVEL TO WHITE PLAINS, NY FROM WATERBURY, CT 1/28/19 - 132 MILES @ .58 | 76.56 |
| 1/28/19 | TODD MICHAELIS, PARKING | 3.00 |
| 1/30/19 | SUE GHORAYEB, COPY OF TRANSCRIPT FOR 1/28/19 HEARING | 170.88 |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 438866                                                      February 21, 2019

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 438866                                                    February 21, 2019

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ |
| | | ████ | | ███ |
| | | █████ | | ███ |
| | | ████ | | ███ |

Total Hours  11.20
Total Fees              $3,514.00
Less Discount            (351.40)
Fees Net of Discount   $3,162.60
Expenses                 $250.44
Total                  $3,413.04



**CARMODY**
TORRANCE | SANDAK | HENNESSEY LLP

50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

March 12, 2019
Invoice 440589

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: February 28, 2019

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



# CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 440589                                                  March 12, 2019

## PROFESSIONAL SERVICES

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 2/01/19 | TRMI | Draft outline of cross-examination of S. Friedmann; telephone conference with D. Payne and A.H. Rubin re: contempt hearing strategy, Chiron shipment records | 1.50 | 310.00 | 465.00 |
| 2/01/19 | TRMI | Assemble exhibits for cross-examination of S. Friedmann | .60 | 310.00 | 186.00 |
| 2/05/19 | AHR | Begin contempt hearing preparation; attention to NDG document production | 1.00 | 450.00 | 450.00 |
| 2/05/19 | LBC | Review/analyze data to incorporate into sales data spreadsheet | .40 | 195.00 | 78.00 |
| 2/05/19 | TRMI | Review New Dover's third and fourth document productions; draft outline of contempt hearing cross-examinations; assemble potential hearing exhibits | 9.40 | 310.00 | 2,914.00 |
| 2/06/19 | AHR | Continue hearing preparation | 2.80 | 450.00 | 1,260.00 |
| 2/06/19 | LBC | Review New Dover's production of QuickBooks data, incorporate sales data after May 22, 2017 into internal spreadsheet | 2.00 | 195.00 | 390.00 |
| 2/07/19 | AHR | Preparation for contempt hearing | 2.80 | 450.00 | 1,260.00 |
| 2/07/19 | EDS2 | Process emails produced by New Dover for import into Concordance for review for contempt hearing | 1.40 | 260.00 | 364.00 |
| 2/07/19 | LBC | Review New Dover's production of QuickBooks data, incorporate sales data after June 8, 2017 into internal spreadsheet | 5.60 | 195.00 | 1,092.00 |
| ███ | ███ | ██████████    ██████████ | ██ | ██ | ██ |
| 2/07/19 | TRMI | Continue outline of cross-examination of S. Friedmann; review New Dover's fifth, sixth, seventh, and eighth document production; continue assembly of exhibits for contempt hearing | 4.90 | 310.00 | 1,519.00 |
| 2/08/19 | AHR | Hearing preparation; settlement communications with Fischer counsel and client | 2.00 | 450.00 | 900.00 |
| ███ | ███ | ██████████ | ██ | ██ | ██ |
| 2/08/19 | LBC | Review New Dover's production of QuickBooks data, incorporate sales data after June 8, 2017 into internal spreadsheet | 1.20 | 195.00 | 234.00 |
| 2/08/19 | TRMI | Continue drafting outline of S. Friedmann re: new document productions, e-mail trail, Timeless Watch Group; continue assembly of hearing exhibits; attend settlement telephone conference with A.H. Rubin and A. Frisch | 7.20 | 310.00 | 2,232.00 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 440589                                                    March 12, 2019

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 2/11/19 | TRMI | Continue assembly of materials for contempt hearing; draft exhibit checklists; prepare for oral argument re: review of authority; attend telephonic settlement conference with D. Payne, J. Ross, G. Harris; M. Bowers; telephone conference with D. Payne re: settlement strategy, Chiron/Croton claims; legal research re: sequestration of witnesses | 6.70 | 310.00 | 2,077.00 |
| 2/12/19 | AHR | Attention to contempt hearing | .20 | 450.00 | 90.00 |
| 2/13/19 | TRMI | Attend to e-mail correspondence with A. Frisch and D. Bordes re: rescheduling contempt hearing | .40 | 310.00 | 124.00 |
| 2/15/19 | TRMI | Attend to e-mail correspondence with Court and opposing counsel re: rescheduling contempt hearing | .30 | 310.00 | 93.00 |
| 2/19/19 | AHR | Attention to sales evidence re: contempt hearing; notice of arbitration | .40 | 450.00 | 180.00 |
| ███ | ███ | ██████████████████████████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████████████████████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████████████████████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████████████████████████ | ███ | ███ | ███ |
| ███ | ███ | ██████████████████████████████ | ███ | ███ | ███ |
| 2/28/19 | TRMI | Telephone conference with Judge McCarthy's clerk re: status of contempt hearing | .10 | 310.00 | 31.00 |
| 2/28/19 | TRMI | Draft e-mail correspondence to D. Payne re: contempt hearing | .10 | 310.00 | 31.00 |

 

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ████ | ██ | ████ | ██ | ███ | ███ |
| ██████ | ██ | ██ | ███ | ██ | ████ |
| ████ | ██ | ███ | ██ | ██ | ████ |
| ███ | | | ███ | | ███ |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 440589                                                            March 12, 2019

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/19 | FEDERAL EXPRESS, SUE GHORAYEB: US DISTRICT COURT - SDNY, 1-31-19 | 8.10 |
| 2/08/19 | PHOTOCOPIES | 397.10 |
| 2/08/19 | DATA REPORTING CORP., INC., INVOICE NEW YORK STATE DEPARTMENT - CERTIFIED COPY OF CERTIFICATE RE: TIMELESS WATCH GROUP LLC AND ARTICLES OF ORGANIZATION | 83.00 |
| 2/11/19 | COLOR COPIES @ .25/PAGE | 925.00 |
| 2/11/19 | RESEARCH WESTLAW | 19.71 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 440589

March 12, 2019

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ |
| | | ▆ | | ▆ |
| | | ▆ | | ▆ |
| | | ▆ | | ▆ |

Total  51.00
Total Fees            $15,970.00
Less Discount         (1,597.00)
Fess Net of Discount  $14,373.30
Expenses              $1,432.91
Total                 $15,806.21

5



**50 Leavenworth Street**
**P.O. Box 1110**
**Waterbury, CT 06721-1110**

**203.573.1200**
**Tax I.D. # 06-0691344**

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

April 23, 2019
Invoice 442326

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: March 31, 2019

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 442326                                                            April 23, 2019

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 3/01/19 | AHR | Contempt hearing | .50 | 450.00 | 225.00 |
| 3/01/19 | TRMI | Research re: ownership of Croton | .30 | 310.00 | 93.00 |
| 3/03/19 | AHR | Preparation for contempt hearing | 3.00 | 450.00 | 1,350.00 |
| 3/04/19 | AHR | Hearing preparation; travel | 2.00 | 450.00 | 900.00 |
| 3/04/19 | TRMI | Review and revise cross-examination outline of C. Fischer; prepare materials for contempt hearing | 2.50 | 310.00 | 775.00 |
| 3/04/19 | TRMI | Travel to White Plains, NY for contempt hearing | 1.20 | 310.00 | 372.00 |
| 3/05/19 | AHR | Preparation, attendance at contempt hearing, return travel | 11.00 | 450.00 | 4,950.00 |
| 3/05/19 | TRMI | Attend contempt hearing in White Plains, NY; draft status update to D. Payne | 10.00 | 310.00 | 3,100.00 |
| ▉▉▉▉ | ▉▉▉ | ▉▉▉▉▉▉▉ | ▉▉ | ▉▉ | ▉▉▉ |
| 3/06/19 | TRMI | Analysis with A.H. Rubin re: outcome of contempt hearing, next steps; draft e-mail to D. Payne re: hearing assessment | 2.30 | 310.00 | 713.00 |
| 3/15/19 | AHR | Review/analysis of letter and documents from Stuhrling counsel | .20 | 450.00 | 90.00 |
| 3/15/19 | TRMI | Review supplemental production of documents from Fischer-Stuhrling | .30 | 310.00 | 93.00 |
| 3/19/19 | TRMI | Review transcript of morning session of March 5, 2019 contempt hearing; attend to e-mail correspondence with D. Payne re: same; draft status update letter to M.J. McCarthy; review New Dover's supplemental production; begin drafting letter to Court re: deficiencies and key facts from same | 2.20 | 310.00 | 682.00 |
| ▉▉▉▉ | ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ | ▉▉ | ▉▉▉ |
| 3/21/19 | TRMI | Continue legal research re: sanctions for spoliation and failure to produce documents and information; draft letter to Court supplementing motion for contempt and sanctions | 1.80 | 310.00 | 558.00 |
| ▉▉▉▉ | ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉ | ▉▉ | ▉▉ | ▉▉▉ |
| 3/25/19 | TRMI | Review transcript of contempt testimony re: false / inconsistent statements for use in oral argument | 2.10 | 310.00 | 651.00 |
| 3/26/19 | TRMI | Continue review of transcript re: facts and false statements for letter supplement to motion for contempt; assemble hearing exhibits; draft letter supplement | 3.70 | 310.00 | 1,147.00 |
| 3/29/19 | TRMI | Continue review of transcript re: points for oral argument of contempt motion | 1.90 | 310.00 | 589.00 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 442326                                                          April 23, 2019

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ▮▮▮▮ | ▮▮ | ▮▮▮▮ | ▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮▮ |  |  | ▮▮ |  | ▮▮▮ |

### EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 3/05/19 | ANN H. RUBIN, ROUNDTRIP TRAVEL TO WHITE PLAINS, NY / WATERBURY FROM DANBURY 3/5/19 - 105 MILES @ .58 | 60.90 |
| 3/05/19 | TODD MICHAELIS, ROUNDTRIP TRAVEL TO WHITE PLAINS, NY FROM WATEBURY 3/5/19 - 130 MILES @ .58 | 75.40 |
| 3/05/19 | CITY COURT-PARKING VIOLATIONS, PARKING 3/5/19 | 10.00 |
| 3/05/19 | ANN H. RUBIN, PARKING IN WHITE PLAINS, NY | 3.00 |
| 3/05/19 | TODD MICHAELIS, PARKING IN WHITE PLAINS | 9.00 |
| 3/14/19 | SUE GHORAYEB, MARCH 5, 2019 HEARING TRANSCRIPT | 1,248.00 |

Total  45.00
Total Fees                        $16,288.00
Less Discount                     (1,628.80)
Fess Net of Discount              $14,659.20
Expenses                          $1,406.30
Total                             $16,065.50



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

May 15, 2019
Invoice 444146

---

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: April 30, 2019

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 444146                                                                 May 15, 2019

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 4/01/19 | AHR | Letter to court re: contempt | .40 | 450.00 | 180.00 |
| 4/01/19 | TRMI | Draft letter supplement to contempt motion re: new evidence, request for oral argument; draft e-mail status update to D. Payne re: same | 3.10 | 310.00 | 961.00 |
| 4/02/19 | AHR | Follow-up re: contempt motion status | .20 | 450.00 | 90.00 |
| 4/05/19 | TRMI | Review Court order directing New Dover to respond to letter supplementing contempt motion and requesting oral argument | .20 | 310.00 | 62.00 |
| 4/05/19 | TRMI | Review court order re: supplement to contempt motion requesting oral argument; draft e-mail update to D. Payne re: same | .10 | 310.00 | 31.00 |
| 4/09/19 | AHR | Review Stuhrling letter to court re: contempt | .20 | 450.00 | 90.00 |
| 4/09/19 | TRMI | Review / analysis of Fischer-Stuhrling's response to supplement to contempt motion | .20 | 310.00 | 62.00 |
| 4/10/19 | AHR | Strategy for motion for contempt, litigation goals | .40 | 450.00 | 180.00 |
| 4/10/19 | TRMI | Review New Dover's response to supplement to contempt motion | .30 | 310.00 | 93.00 |
| 4/10/19 | TRMI | Analysis with A.H. Rubin re: strategy for reply in support of motion to renew contempt motion; draft reply letter re: contempt motion | 2.40 | 310.00 | 744.00 |
| 4/11/19 | AHR | Revise letter to court re: motion for contempt | .40 | 450.00 | 180.00 |
| 4/11/19 | TRMI | Outline oral argument re: additional facts supporting contempt for false and misleading statements; finalize letter reply re: supplement concerning March 19, 2019 production | 4.30 | 310.00 | 1,333.00 |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 444146

May 15, 2019

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |
| | | ███████ | | ████ |
| | | ████████ | | ████ |
| | | ████████ | | ████ |

Total  12.20
Total Fees            $4,006.00
Less Discount          (400.60)
Fess Net of Discount   $3,605.40



**50 Leavenworth Street**
**P.O. Box 1110**
**Waterbury, CT 06721-1110**

**203.573.1200**
**Tax I.D. # 06-0691344**

TIMEX GROUP USA, INC.                                June 20, 2019
ATTN. DAVID PAYNE, ESQ.                              Invoice 445771
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: May 31, 2019

**Our Matter #: 2147-733**

**RE:  NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services          
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 445771                                                                June 20, 2019

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 5/07/19 | TRMI | Prepare outline and supporting materials for oral argument of motion for contempt | 1.50 | 310.00 | 465.00 |
| 5/08/19 | TRMI | Attend court conference re: motion for contempt in White Plains; confer with J. Ross and A. Frisch re: potential settlement structures; draft status update to D. Payne re: same and settlement considerations; draft settlement strategy analysis for D. Payne re: potential to work with Fischer as lead for defendants | 6.30 | 310.00 | 1,953.00 |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 5/08/19 | TODD MICHAELIS, ROUNDTRIP TRAVEL TO WHITE PLAINS FROM WATERBURY 5/8/19 - 130 MILES @ .58 | 75.40 |
| 5/08/19 | TODD MICHAELIS, PARKING IN WHITE PLAINS | 2.00 |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 445771                                                    June 20, 2019

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |
| | ████ | | | ████ |
| | █████ | | | ████ |
| | █████ | | | ████ |

Total  7.80
Total Fees                $2,418.00
Less Discount              (241.80)
Fess Net of Discount     $2,176.20
Expenses                    $77.40
Total                    $2,253.60



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

TIMEX GROUP USA, INC.
ATTN. DAVID PAYNE, ESQ.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

July 11, 2019
Invoice 448068

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: June 30, 2019

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 448068                                                                July 11, 2019

## PROFESSIONAL SERVICES

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| ██ | ██ | ██████████████████████ | ██ | ██ | ██ |
|  |  | ████ |  |  |  |
| 6/05/19 | TRMI | Draft renewed motion for contempt | .40 | 310.00 | 124.00 |
| 6/06/19 | TRMI | Draft renewed / consolidated contempt motion brief | 3.50 | 310.00 | 1,085.00 |
| 6/07/19 | TRMI | Continue drafting revised facts section of renewed contempt motion | 6.90 | 310.00 | 2,139.00 |
| 6/09/19 | TRMI | Continue review of transcripts and documents following original motion for evidence of false statements, key facts supporting contempt motion; draft outline of revised facts and procedural history section for contempt motion; draft outline of points for reply to opposition to contempt motion; assemble exhibits for contempt motion | 5.80 | 310.00 | 1,798.00 |
| 6/10/19 | TRMI | Continue drafting renewed contempt motion re: revised introduction, revised factual and procedural background, revisions to argument to account for same; continue assembly of exhibits for contempt motion; attend to e-mail correspondence with D. Payne re: same, settlement status | 6.00 | 310.00 | 1,860.00 |
| 6/11/19 | AHR | Attention to motion for contempt, inventory inspection | .20 | 450.00 | 90.00 |
| ██ | ██ | ████████████ | ██ | ██ | ██ |
| 6/12/19 | TRMI | Attend to e-mail correspondence with D. Payne and A. Frisch re: settlement; telephone conference with A. Frisch re: same | .40 | 310.00 | 124.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ██ | ██ | ██ | ██ | ██ | ██ |
| ██ |  |  | ██ |  | ██ |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 448068                                                          July 11, 2019

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ██████ | ███████ | ████████ | ████ | ██████ |
| | | ███████ | | █████ |
| | | █████████ | | █████ |
| | | ███████ | | █████ |

Total  23.20
Total Fees                    $7,220.00
Less Discount                  (722.00)
Fess Net of Discount          $6,500.00

3



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

DAVID PAYNE. ESQ.
TIMEX GROUP USA, INC.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

September 8, 2022
Invoice 523788

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: August 31, 2022

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



1

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 523788

September 8, 2022

### PROFESSIONAL SERVICES

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 8/03/22 | TRMI | Prepare for court conference re: resumption of motion for contempt, sanctions, receiver; attend court conference re: same | 1.20 | 425.00 | 510.00 |
| 8/11/22 | TRMI | Draft update to motion for contempt and sanctions | .30 | 425.00 | 127.50 |
| 8/17/22 | TRMI | Update motion for contempt; attend to filing and service of same; settlement correspondence with A. Frisch; status update e-mail correspondence with D. Payne | 3.40 | 425.00 | 1,445.00 |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| 8/29/22 | TRMI | Review / respond to e-mail correspondence from L. Solomon | .30 | 425.00 | 127.50 |

TOTAL PROFESSIONAL SERVICES
10% FEE DISCOUNT
NET PROFESSIONAL SERVICES



### SUMMARY OF PROFESSIONAL SERVICES

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| ▮▮▮▮▮ | ▮▮▮ | | ▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮ | | | ▮▮ | | ▮▮▮ |

### EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 7/12/22 | RESEARCH WESTLAW | 24.54 |

TOTAL EXPENSES

TOTAL THIS INVOICE

2

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 523788                                                    September 8, 2022

**OUTSTANDING INVOICES**

| Invoice Number | Date | Invoice Total | Payments Received | Ending Balance |
|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ |

Previous Balance

Balance Due This Invoice

**TOTAL BALANCE DUE**



Total  5.20
Total Fees                    $2,210.00
Less Discount                  (221.00)
Fess Net of Discount         $1,989.00
Expenses                        $24.54
Total                        $2,013.54



**50 Leavenworth Street**
**P.O. Box 1110**
**Waterbury, CT 06721-1110**

**203.573.1200**
**Tax I.D. # 06-0691344**

DAVID PAYNE. ESQ.                                           October 3, 2022
TIMEX GROUP USA, INC.                                   Invoice 525758
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

---

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: September 30, 2022

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

           Total Professional Services
           10% FEE DISCOUNT

           Net Professional Services
           Total Expenses

           **TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 525758                                                    October 3, 2022

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| ███ | ███ | ████████████████ ████ | ██ | ██ | ███ |
| ███ | ███ | ████████████████ | ██ | ██ | ███ |
| ███ | ███ | ████████████████ | ██ | ██ | ███ |
| 9/22/22 | TRMI | Review memoranda in opposition to contempt motion; e-mail with L. Solomon re: settlement | 1.30 | 425.00 | 552.50 |



**TOTAL PROFESSIONAL SERVICES**
10% FEE DISCOUNT
**NET PROFESSIONAL SERVICES**

**TOTAL EXPENSES**

**TOTAL THIS INVOICE**

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP



Total Hours  1.30
Total Fees                    $552.50
Less Discount                 (55.25)
Fees Net of Discount          $497.25



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

DAVID PAYNE. ESQ.
TIMEX GROUP USA, INC.
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

November 1, 2022
Invoice 527763

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: October 31, 2022

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 527763                                                    November 1, 2022

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| ███ | ███ | ████████ | ██ | ██ | ███ |
| 10/05/22 | TRMI | Review Stuhrling-Fischer opposition to contempt motion | 1.00 | 425.00 | 425.00 |
| 10/13/22 | TRMI | Draft reply to defendants' opposition briefs re: contempt motion; attend to filing and service of same | 10.60 | 425.00 | 4,505.00 |
| 10/14/22 | TRMI | Review inventory information provided by NDG counsel; draft update to D. Payne re: same, contempt motion reply | .50 | 425.00 | 212.50 |

**TOTAL PROFESSIONAL SERVICES**
10% FEE DISCOUNT
**NET PROFESSIONAL SERVICES**



Total Hours  12.10
Total Fees              $5,142.50
Less Discount            (514.25)
Fees Net of Discount    $4,628.25



**CARMODY**
TORRANCE | SANDAK | HENNESSEY LLP

50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

DAVID PAYNE. ESQ.
TIMEX GROUP USA, INC.
555 CHRISTIAN ROAD
MIDDLEBURY, CT 06762-3206

December 15, 2022
Invoice 529717

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: November 30, 2022

**Our Matter #: 2147-733**

**RE: NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 529717                                                    December 15, 2022

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| ███ | ███ | ████████████████████████ | ██ | ███ | ███ |
| 11/11/22 | TRMI | Review settlement offer / analysis of L. Solomon on behalf of New Dover Group; draft e-mail update / analysis to D. Payne re: same, response, litigation considerations; draft counter-proposal to L. Solomon for consideration by D. Payne | 1.60 | 425.00 | 680.00 |
| 11/14/22 | TRMI | Review original briefing re: continued applicability of irreparable harm argument | .60 | 425.00 | 255.00 |
| ███ | ███ | ████████████████ | ██ | ██ | ██ |
| ███ | ███ | █████████████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████████ | | | |



TOTAL PROFESSIONAL SERVICES
10% FEE DISCOUNT
NET PROFESSIONAL SERVICES

**SUMMARY OF PROFESSIONAL SERVICES**

Total Hours  2.20
Total Fees            $935.00
Less Discount          (93.50)
Fees Net of Discount  $841.50



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

DAVID PAYNE. ESQ.                                                   January 24, 2023
TIMEX GROUP USA, INC.                                              Invoice 532030
555 CHRISTIAN ROAD
MIDDLEBURY, CT  06762-3206

---

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: December 31, 2022

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 532030                                                      January 24, 2023

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 12/09/22 | TRMI | Review D. Payne e-mail concerning proposed sell-off terms; draft updated settlement offer; e-mail correspondence with D. Payne re: same | 1.40 | 425.00 | 595.00 |
| ███ | ██ | ████████████████████ | ██ | ██ | ██ |
| ███ | ██ | ██████████████ | ██ | ██ | ██ |
| ███ | ██ | ████████████████████ | ██ | ██ | ██ |
| ███ | ██ | █████ | ██ | ██ | ██ |
| ███ | ██ | ████████████████ | ██ | ██ | ██ |
| ███ | ██ | ██████████ | ██ | ██ | ██ |



**TOTAL PROFESSIONAL SERVICES**
10% FEE DISCOUNT
**NET PROFESSIONAL SERVICES**

Total Hours  1.40
Total Fees            $595.00
Less Discount         (59.50)
Fees Net of Discount  $535.50



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

C/O ACCOUNTS PAYABLE
TIMEX GROUP USA, INC.
6 ARMSTRONG ROAD, THIRD FLOOR
SHELTON, CT  06484

May 15, 2025
Invoice 600286

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: April 30, 2025

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

Total Professional Services
10% FEE DISCOUNT

Net Professional Services
Total Expenses

**TOTAL THIS INVOICE**



1

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 600286                                                          May 15, 2025

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 4/30/25 | TRMI | Receive / return telephone call from Judge Karas's clerk requesting Vertime to file a copy of the exhibits admitted during the March 5, 2019 contempt hearing; prepare cover letter and exhibits for filing; attention to filing and service of same | .90 | 490.00 | 441.00 |

**TOTAL PROFESSIONAL SERVICES**
10% FEE DISCOUNT
**NET PROFESSIONAL SERVICES**



**SUMMARY OF PROFESSIONAL SERVICES**



Total Hours  .90
Total Fees                    $441.00
Less Discount                 (44.10)
Fees Net of Discount          $396.90

2



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

C/O ACCOUNTS PAYABLE
TIMEX GROUP USA, INC.
6 ARMSTRONG ROAD, THIRD FLOOR
SHELTON, CT  06484

December 2, 2025
Invoice 617242

---

# INVOICE SUMMARY

For Professional Services Rendered for the period ending: November 30, 2025

**Our Matter #: 2147-733**

**RE:   NEW DOVER GROUP - BREACH OF AGREEMENT**

| | |
|---|---:|
| Total Professional Services | $ 9,843.00 |
| 10% FEE DISCOUNT | $ -984.30 |
| Net Professional Services | $ 8,858.70 |
| Total Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 8,858.70** |

CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 617242 December 2, 2025

**PROFESSIONAL SERVICES**

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|------:|-----:|-------:|
| 11/06/25 | AHR | Emails and phone calls with opposing counsel re: settlement; call with client | .50 | 585.00 | 292.50 |
| 11/07/25 | AHR | Review motion for contempt and opposition papers; call with opposing counsel re: settlement; email report to client re: settlement discussions/status; review motion and declaration re: evidence for hearing | 1.50 | 585.00 | 877.50 |
| 11/10/25 | AHR | Email court re: hearing; email opposing counsel re: hearing witnesses; exchange emails with counsel re: evidence, settlement; begin preparation of hearing outline; telephone status update to Travelers | 1.80 | 585.00 | 1,053.00 |
| 11/11/25 | AHR | Preparation for hearing | 2.00 | 585.00 | 1,170.00 |
| 11/12/25 | AHR | Attention to status of hearing; review exhibits for hearing; email status to client | .50 | 585.00 | 292.50 |
| 11/13/25 | AHR | Preparation for and attend hearing on motion for sanctions; status email to client | 1.50 | 585.00 | 877.50 |
| 11/13/25 | HKL | Attend hearing re: motion for contempt | .70 | 565.00 | 395.50 |
| 11/13/25 | HKL | Conference with A.H. Rubin re: December 16 2025 hearing | .20 | 565.00 | 113.00 |
| 11/13/25 | HKL | File appearance | .20 | 565.00 | 113.00 |
| 11/18/25 | AHR | Review settlement email from NDG and email client; rough outline damages submission | 1.50 | 585.00 | 877.50 |
| 11/19/25 | AHR | Emails with client and counsel re: settlement; attention to damages submission | .20 | 585.00 | 117.00 |
| 11/19/25 | HKL | Communication with A.H. Rubin re: need for affidavit of reasonableness to accompany damages memo | .20 | 565.00 | 113.00 |
| 11/20/25 | AHR | Draft declaration re: attorney's fees for contempt; continue drafting damages submission brief; email client re: measure of damages | 1.00 | 585.00 | 585.00 |
| 11/20/25 | AHR | Emails with client re: NDG/Fischer sales; review record for sales data | .30 | 585.00 | 175.50 |
| 11/21/25 | AHR | Continue drafting damages submission and fee declaration; prepare for and call with NDG counsel re: settlement; status update to client | 1.50 | 585.00 | 877.50 |
| 11/21/25 | EJH | Conduct research into caselaw in connection with factors to be considered re: attorney's fee motions and hearings | .20 | 300.00 | 60.00 |
| 11/24/25 | AHR | Settlement emails with NDG counsel and client; review SDNY law re: attorney's fee awards | .50 | 585.00 | 292.50 |
| 11/24/25 | EJH | Conduct research into SDNY caselaw re: factors to be considered on attorneys' fee motion and conduct research into cases decided by presiding judge re: same | 1.70 | 300.00 | 510.00 |
| 11/25/25 | EJH | Review caselaw re: attorneys' fee motion | .20 | 300.00 | 60.00 |

## CARMODY | TORRANCE | SANDAK | HENNESSEY LLP

Invoice 617242                                                                December 2, 2025

| Date | Init | Description of Service | Hours | Rate | Amount |
|------|------|------------------------|-------|------|--------|
| 11/30/25 | AHR | Continue drafting damages submission, fee application | 1.50 | 585.00 | 877.50 |
| 11/30/25 | HKL | Review draft damages submission | .20 | 565.00 | 113.00 |

| | | |
|---|---|---|
| **TOTAL PROFESSIONAL SERVICES** | | **$ 9,843.00** |
| 10% FEE DISCOUNT | | $ -984.30 |
| **NET PROFESSIONAL SERVICES** | | **$ 8,858.70** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Init | Staff Level | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| A.H. RUBIN | AHR | PARTNER | 14.30 | 585.00 | 8,365.50 |
| E.J. HERST | EJH | ASSOCIATE | 2.10 | 300.00 | 630.00 |
| H.K. LEVINE | HKL | PARTNER | 1.50 | 565.00 | 847.50 |
| **TOTALS** | | | **17.90** | | **$ 9,843.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 8,858.70** |



50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

203.573.1200
Tax I.D. # 06-0691344

C/O ACCOUNTS PAYABLE
TIMEX GROUP USA, INC.
6 ARMSTRONG ROAD, THIRD FLOOR
SHELTON, CT  06484

December 2, 2025
Invoice 617242

---

# REMITTANCE ADVICE

**Our Matter #: 2147-733**

| **BALANCE DUE THIS INVOICE** | **$ 8,858.70** |
|---|---|

Please return this advice with payment to:

Carmody Torrance Sandak & Hennessey LLP
ATTN: Accounts Receivable
P.O. Box 1110
Waterbury, CT 06721-1110

**Please indicate invoices to be paid, if not paying the TOTAL BALANCE DUE.**
**Absent payment instructions, payments will be applied to the oldest invoice first.**

Wire Transfer Instructions:

Webster Bank, N.A.
145 Bank Street
Waterbury, CT  06702
ABA# 2111 7010 1
Account# 10008816496
Account Type: Checking
Carmody Torrance Sandak & Hennessey LLP
Swift Code: WENAUS31

Email address for remittance detail:
Payments@carmodylaw.com

**INVOICES ARE DUE AND PAYABLE UPON RECEIPT**