# ReedSmith

**Driving progress through partnership**

**Louis M. Solomon**
Direct Phone: +1 212 549 0400
Email: lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

December 9, 2025

**Via ECF**

Hon. Kenneth M. Karas
U.S. District Court, Southern District of New York
Chambers 533
300 Quarropas Street
White Plains, NY 10601

Re: *Vertime B.V. v. New Dover Group, Ltd.*, No. 7:17-cv-03844-KMK-JCM
Letter-Motion for Extension of Time/Adjournment

Dear Judge Karas,

This firm represents New Dover Group for purposes of plaintiff Vertime B.V.'s pending Third Motion for Sanctions, Contempt, and to Appoint Receiver (Dkt. 183). On behalf of New Dover Group, we respectfully request a 10-day extension of time to respond to Plaintiff's Statement of Damages (Dkt. 198), enlarging the deadline from December 12 to December 22, and an adjournment of the argument to be held on December 16, 2:30 P.M., to a time convenient to the Court.

Plaintiff's Statement of Damages does far more than submit legal billing records. Instead, it seeks several distinct forms of relief: (1) appointment of a receiver, (2) an order directing "defendants," which New Dover Group understands to refer to itself and respondents Chaim Fischer and his companies (collectively, "Fischer-Stuhrling"), to pay for the costs of the receivership; (3) monetary sanctions against New Dover Group and Fischer-Stuhrling; (4) disgorgement of profits; and (5) an award of attorneys' fees and costs. Dkt. 198 at 1-2. In support of its request for attorneys' fees, Plaintiff has submitted over 110 pages of bills.

Plaintiff's Statement of Damages is a multifaceted argument that not only seeks extensive and expanded relief but acts as yet another brief on the issue of liability. Effectively opposing it requires in-depth discussion of several independent lines of authority on remedies, and consideration of bills dating back to 2017, as well as the extensive record developed on Plaintiff's current and prior contempt motions in general, since those facts have significant bearing on the appropriateness of the remedies Plaintiff is seeking. The current schedule affords New Dover Group (and Fischer-Stuhrling) five business days to prepare their opposition under these circumstances, roughly one-third of the time Plaintiff had to prepare its submission since the November 13 conference. Moreover, counsel for New Dover Group has other work commitments during this period, and we understand the same is true for Fischer-Stuhrling's counsel. Accordingly, we respectfully submit that good cause exists to grant an extension of the time to oppose Plaintiff's Statement of Damages, recognizing that this would also require adjournment of the argument on Plaintiff's motion.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

ReedSmith

Judge Kenneth M. Karas
December 9, 2025
Page 2

In accordance with the Court's Individual Rules of Practice, New Dover Group submits the instant request as soon as practicable after Plaintiff filed its Statement of Damages on the afternoon of December 5. No previous requests for this extension and/or adjournment have been filed. Fischer-Stuhrling's counsel has confirmed that it consents to the requested relief and joins in this application. Counsel for Vertime has advised us that they do not object to the brief extension requested.

We appreciate the Court's attention to this matter.

Respectfully,

*Louis M. Solomon*
Louis M. Solomon

cc: Counsel of Record (via ECF)

Granted. The 12/16 conference is adjourned to 1/6/26, at 2:00

So Ordered
12/9/25