# EXHIBIT B

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Monday, December 8, 2014 2:15 PM |
| **To:** | rachel |
| **Cc:** | samuel friedmann; Vangie Gan; David Yurowitz |
| **Subject:** | RE: CHF 12/8/14 |

## American Express Foreign Exchange Services
## International Payments

| | |
|---|---|
| Payment Reference Number | 2014-342-028-004632 |
| Product | Outgoing Wire |
| Transaction Creation | 12-08-2014 14:14:39 FXIP |
| Transaction Value Date | 12-09-2014 |
| Client Details Name | First SBF Holding, Inc. |
| Settlement Method | ACH 9854927184 |
| Payment Currency & Amount | Swiss Franc - 11151.25 |

| **Payee Details:** | | |
|---|---|---|
| | Payee Name | VERTIME B.V. |
| | Address 1 | Manno |
| | Address 2 | N/A |
| | State | N/A |
| | Postal Code | N/A |
| | City | N/A |
| | Country | Switzerland |
| **Beneficiary Account Number/IBAN Code :** | | CH340024724712635901X |
| | Swift Code | UBSWCHZH80A |
| | Routing Code | 247 |
| | Bank Name | UBS AG |
| | Address 1 | VIA CANTONALE |
| | Address 2 | N/A |
| | State | N/A |
| | Postal Code | CH-6928 |
| | City | manno |
| | Country | Switzerland |

| | |
|---|---|
| Notes to Payee | N/A |
| Internal Comments | N/A |
| Transaction Status | With Customer |
| Exchange Rate | 0.973 |
| Fee | |
| Total | USD 11460.69 |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Monday, December 08, 2014 1:52 PM
**To:** Yogesh A Chandrashekhar

1

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | American Express <amex_fxip@welcome.aexp.com> |
| **Sent:** | Monday, December 8, 2014 6:05 PM |
| **To:** | rachel |
| **Subject:** | American Express FX International Payments - Confirmation of payment initiation |



## Confirmation of Payment initiation

Confirmation of payment initiation via FX International Payments from American Express.

| | |
|---|---|
| Transaction Reference | 2014-342-028-004632 |
| Currency | CHF |
| Amount | 11,151.25 |
| Exchange Rate | 0.9730 |
| Fee | USD 0.00 |
| Total Cost | USD 11,460.69 |
| Bank | UBS AG |
| Beneficiary Name | VERTIME B.V. |
| Payment Status | Completed |

Regards,

Brett Weinhouse
Vice President and General Manager - FX International Payments

**FOR YOUR SECURITY**

Client Name:
**First SBF Holding, Inc.**

Account ending:
0995

Email reference:
6622340

Please do not reply to this message. This email was sent from a notification-only address that cannot accept incoming email.

Safe and Secure
The FX International Payments team from American Express will NEVER ask you to supply your confidential information or login details at any time. If you receive a suspicious communication asking you to do so, you should contact American Express on 1 888 391 9971. Please view our security pages at: http://www.americanexpress.com/fxip/safeandsecure

Notice About Servicing Emails
This email was sent to you by FX International Payments from American Express to provide important information. You will occasionally receive similar customer service emails even if you have requested not to receive email marketing offers from American Express.

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Tuesday, December 16, 2014 12:26 PM |
| **To:** | rachel |
| **Cc:** | samuel friedmann; Vangie Gan; David Yurowitz |
| **Subject:** | RE: CHF 12/16/14 |

## American Express Foreign Exchange Services
## International Payments

| | |
|---|---|
| Payment Reference Number | 2014-350-028-I03380 |
| Product | Outgoing Wire |
| Transaction Creation | 12-16-2014 12:25:50 FXIP |
| Transaction Value Date | 12-17-2014 |
| Client Details Name | First SBF Holding, Inc. |
| Settlement Method | ACH 9854927184 |
| Payment Currency & Amount | Swiss Franc - 130000 |

| **Payee Details:** | | |
|---|---|---|
| | Payee Name | VERTIME B.V. |
| | Address 1 | Manno |
| | Address 2 | N/A |
| | State | N/A |
| | Postal Code | N/A |
| | City | N/A |
| | Country | Switzerland |
| **Beneficiary Account Number/IBAN Code :** | | CH340024724712635901X |
| | Swift Code | UBSWCHZH80A |
| | Routing Code | 247 |
| | Bank Name | UBS AG |
| | Address 1 | VIA CANTONALE |
| | Address 2 | N/A |
| | State | N/A |
| | Postal Code | CH-6928 |
| | City | manno |
| | Country | Switzerland |

| | |
|---|---|
| Notes to Payee | N/A |
| Internal Comments | N/A |
| Transaction Status | With Customer |
| Exchange Rate | 0.9576 |
| Fee | |
| Total | USD 135756.06 |

---

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Tuesday, December 16, 2014 12:22 PM
**To:** Yogesh A Chandrashekhar

1

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Tuesday, January 20, 2015 1:31 PM |
| **To:** | rachel |
| **Cc:** | samuel friedmann; David Yurowitz; Vangie Gan |
| **Subject:** | RE: chf 1/20/15 |

## American Express Foreign Exchange Services
## International Payments

| | |
|---|---|
| Payment Reference Number | 2015-020-028-005738 |
| Product | Outgoing Wire |
| Transaction Creation | 01-20-2015 13:30:41 FXIP |
| Transaction Value Date | 01-21-2015 |
| Client Details Name | First SBF Holding, Inc. |
| Settlement Method | ACH 9854927184 |
| Payment Currency & Amount | Swiss Franc - 27934.58 |

**Payee Details:**

| | |
|---|---|
| Payee Name | VERTIME B.V. |
| Address 1 | Manno |
| Address 2 | N/A |
| State | N/A |
| Postal Code | N/A |
| City | N/A |
| Country | Switzerland |

**Beneficiary Account Number/IBAN Code :** CH34002472471263590IX

| | |
|---|---|
| Swift Code | UBSWCHZH80A |
| Routing Code | 247 |
| Bank Name | UBS AG |
| Address 1 | VIA CANTONALE |
| Address 2 | N/A |
| State | N/A |
| Postal Code | CH-6928 |
| City | manno |
| Country | Switzerland |

| | |
|---|---|
| Notes to Payee | N/A |
| Internal Comments | N/A |
| Transaction Status | With Customer |
| Exchange Rate | 0.8732 |
| Fee | |
| Total | USD 31991.04 |

1

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Wednesday, February 25, 2015 3:23 PM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; samuel friedmann; David Yurowitz |
| **Subject:** | RE: CHF 2/25/15 |

## American Express Foreign Exchange Services
## International Payments

| | |
|---|---|
| Payment Reference Number | 2015-056-028-I04720 |
| Product | Outgoing Wire |
| Transaction Creation | 02-25-2015 15:22:01 FXIP |
| Transaction Value Date | 02-26-2015 |
| Client Details Name | First SBF Holding, Inc. |
| Settlement Method | ACH 9854927184 |
| Payment Currency & Amount | Swiss Franc - 130000 |

| **Payee Details:** | | |
|---|---|---|
| | Payee Name | VERTIME B.V. |
| | Address 1 | Manno |
| | Address 2 | N/A |
| | State | N/A |
| | Postal Code | N/A |
| | City | N/A |
| | Country | Switzerland |
| **Beneficiary Account Number/IBAN Code :** | | CH340024724712635901X |
| | Swift Code | UBSWCHZH80A |
| | Routing Code | 247 |
| | Bank Name | UBS AG |
| | Address 1 | VIA CANTONALE |
| | Address 2 | N/A |
| | State | N/A |
| | Postal Code | CH-6928 |
| | City | manno |
| | Country | Switzerland |

| | |
|---|---|
| Notes to Payee | N/A |
| Internal Comments | N/A |
| Transaction Status | With Customer |
| Exchange Rate | 0.945 |
| Fee | |
| Total | USD 137566.14 |

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Monday, March 9, 2015 1:59 PM |
| **To:** | rachel |
| **Cc:** | samuel friedmann; Vangie Gan; David Yurowitz |
| **Subject:** | RE: CHF 3/9/15 |

## American Express Foreign Exchange Services
## International Payments

| | |
|---|---|
| Payment Reference Number | 2015-068-028-I06751 |
| Product | Outgoing Wire |
| Transaction Creation | 03-09-2015 13:57:53 FXIP |
| Transaction Value Date | 03-10-2015 |
| Client Details Name | First SBF Holding, Inc. |
| Settlement Method | ACH 9854927184 |
| Payment Currency & Amount | Swiss Franc - 15687.7 |

| **Payee Details:** | | |
|---|---|---|
| | Payee Name | VERTIME B.V. |
| | Address 1 | Manno |
| | Address 2 | N/A |
| | State | N/A |
| | Postal Code | N/A |
| | City | N/A |
| | Country | Switzerland |
| **Beneficiary Account Number/IBAN Code :** | | CH340024724712635901X |
| | Swift Code | UBSWCHZH80A |
| | Routing Code | 247 |
| | Bank Name | UBS AG |
| | Address 1 | VIA CANTONALE |
| | Address 2 | N/A |
| | State | N/A |
| | Postal Code | CH-6928 |
| | City | manno |
| | Country | Switzerland |
| Intermediary Details | | |
| | | |
| Notes to Payee | | N/A |
| Internal Comments | | N/A |
| Transaction Status | | With Customer |
| Exchange Rate | | 0.9825 |
| Fee | | |
| Total | | USD 15967.12 |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Monday, March 09, 2015 1:42 PM

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Wednesday, March 11, 2015 2:12 PM |
| **To:** | rachel |
| **Cc:** | samuel friedmann; Vangie Gan; David Yurowitz |
| **Subject:** | RE: chf 3/11/15 |

---

## American Express Foreign Exchange Services
## International Payments

| | |
|---|---|
| Payment Reference Number | 2015-070-028-I09602 |
| Product | Outgoing Wire |
| Transaction Creation | 03-11-2015 14:10:28 FXIP |
| Transaction Value Date | 03-12-2015 |
| Client Details Name | First SBF Holding, Inc. |
| Settlement Method | ACH 9854927184 |
| Payment Currency & Amount | Swiss Franc - 46268.5 |

| **Payee Details:** | | |
|---|---|---|
| | Payee Name | VERTIME B.V. |
| | Address 1 | Manno |
| | Address 2 | N/A |
| | State | N/A |
| | Postal Code | N/A |
| | City | N/A |
| | Country | Switzerland |
| **Beneficiary Account Number/IBAN Code :** | | CH340024724712635901X |
| | Swift Code | UBSWCHZH80A |
| | Routing Code | 247 |
| | Bank Name | UBS AG |
| | Address 1 | VIA CANTONALE |
| | Address 2 | N/A |
| | State | N/A |
| | Postal Code | CH-6928 |
| | City | manno |
| | Country | Switzerland |
| Intermediary Details | | |

| | |
|---|---|
| Notes to Payee | N/A |
| Internal Comments | N/A |
| Transaction Status | With Customer |
| Exchange Rate | 1.0068 |
| Fee | |
| Total | USD 45956.00 |

1

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Monday, March 16, 2015 11:29 AM |
| **To:** | Vangie Gan; rachel |
| **Cc:** | david |
| **Subject:** | RE: 1.0025 chf, new format |

 # FX INTERNATIONAL PAYMENTS                                    RECEIPT

| Reference Number | 2015-075-028-I03615 | Creation (mm/dd/yyyy) | | 03/16/2015 11:25:09 FXIP |
|---|---|---|---|---|
| Internal Reference | 5895959 | Printed by | | 03/16/2015 11:27:22 Yogesh Chandrashekhar |
| Transaction Status | With Customer | | | |
| From Client | | First SBF Holding, Inc. | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 |
| City | | Valley Cottage | Country | United States Of America |
| Product | | Outgoing Wire | Cost | USD 99,750.62 |
| Value Date (mm/dd/yyyy) | | 03/16/2015 | Transaction Fee(s) | USD 0.00 |
| Settlement Method | | ACH | Total Cost | USD 99,750.62 |
| Settlement Account Number | | 9854927184 | Exchange Rate | USD 1.000 = CHF 1.0025 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | CHF 100,000.00 |
| To Payee | | | VERTIME B.V. | |
| Payee Address (Line 1) | | | Manno | State/Province | |
| Payee Address (Line 2) | | | | ZIP/Postal Code | |
| City | | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 |
| City | | manno | Country | Switzerland |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH34002472471263 5901X |
| Routing Code | | 247 | | |
| Notes to Payee | | | | |

1

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Thursday, March 26, 2015 1:57 PM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; samuel friedmann; David Yurowitz |
| **Subject:** | RE: Chf 3/26/15 |

| | | | |
|---|---|---|---|
| Reference Number | 2015-085-028-I05569 | **Creation (mm/dd/yyyy)** | 03/26/2015 13:54:59 FXIP |
| Internal Reference | 5927332 | **Printed by** | 03/26/2015 13:56:41 Yogesh Chandrashekhar |
| Transaction Status | With Customer | | |
| From Client | First SBF Holding, Inc. | | |
| Client Address (Line 1) | 9 Pinecrest Road. | **State/Province** | New York |
| Client Address (Line 2) | | **ZIP/Postal Code** | 10952 |
| City | Valley Cottage | **Country** | United States Of America |
| Product | Outgoing Wire | **Cost** | USD 96,905.30 |
| Value Date (mm/dd/yyyy) | 03/27/2015 | **Transaction Fee(s)** | USD 0.00 |
| Settlement Method | ACH | **Total Cost** | USD 96,905.30 |
| Settlement Account Number | xxxxxx7184 | **Exchange Rate** | USD 1.000 = CHF 0.963 |
| Payment Currency | Swiss Franc | **Payment Currency Amount \*\*** | CHF 93,319.80 |
| To Payee | | VERTIME B.V. | |
| Payee Address (Line 1) | | Manno | **State/Province** | |
| Payee Address (Line 2) | | | **ZIP/Postal Code** | |
| City | | | **Country** | Switzerland |
| Payee Bank Name | UBS AG | | |
| Bank Address (Line 1) | VIA CANTONALE | **State/Province** | |
| Bank Address (Line 2) | | **ZIP/Postal Code** | CH-6928 |
| City | manno | **Country** | Switzerland |
| Swift Code | UBSWCHZH80A | **Payee Account Number/IBAN** | CH340024724712635901X |
| Routing Code | 247 | | |
| Notes to Payee | | | |
| Further Credit | | | |

---

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Thursday, March 26, 2015 1:12 PM

1

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Monday, March 30, 2015 2:29 PM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; samuel friedmann; David Yurowitz |
| **Subject:** | RE: chf 3/30/15 |

| Reference Number | 2015-089-028-I09701 | Creation (mm/dd/yyyy) | | 03/30/2015 14:28:16 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 5936651 | Printed by | | 03/30/2015 14:28:21 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | First SBF Holding, Inc. | | | | |
| Client Address (Line 1) | 9 Pinecrest Road. | | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | Valley Cottage | | Country | United States Of America | |
| Product | Outgoing Wire | Cost | | USD 29,638.29 | |
| Value Date (mm/dd/yyyy) | 03/31/2015 | Transaction Fee(s) | | USD 0.00 | |
| Settlement Method | ACH | Total Cost | | USD 29,638.29 | |
| Settlement Account Number | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.965 | |
| Payment Currency | Swiss Franc | Payment Currency Amount ** | | CHF 28,600.95 | |
| To Payee | | VERTIME B.V. | | | |
| Payee Address (Line 1) | | Manno | State/Province | | |
| Payee Address (Line 2) | | | ZIP/Postal Code | | |
| City | | | Country | | Switzerland |
| Payee Bank Name | UBS AG | | | | |
| Bank Address (Line 1) | VIA CANTONALE | | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | manno | | Country | Switzerland | |
| Swift Code | UBSWCHZH80A | | Payee Account Number/IBAN | CH340024724712635901X | |
| Routing Code | 247 | | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Monday, March 30, 2015 2:25 PM

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Tuesday, April 21, 2015 2:26 PM |
| **To:** | rachel |
| **Cc:** | samuel friedmann; David Yurowitz; Vangie Gan |
| **Subject:** | RE: CHF 4/21/15 |

| Reference Number | 2015-111-028-I03039 | Creation (mm/dd/yyyy) | | 04/21/2015 14:25:51 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 5997491 | Printed by | | 04/21/2015 14:25:56 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | | Valley Cottage | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 12,605.04 |
| Value Date (mm/dd/yyyy) | | 04/22/2015 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | ACH | Total Cost | | USD 12,605.04 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.952 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 12,000.00 |
| To Payee | | | VERTIME B.V. | | |
| Payee Address (Line 1) | | | Manno | State/Province | |
| Payee Address (Line 2) | | | | ZIP/Postal Code | |
| City | | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | | manno | Country | Switzerland | |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X | |
| Routing Code | | 247 | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Tuesday, April 21, 2015 2:25 PM

## Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Wednesday, April 22, 2015 12:05 PM |
| **To:** | rachel; David Yurowitz |
| **Cc:** | Vangie Gan |
| **Subject:** | RE: .9615 for 500,000 chf |

| Reference Number | 2015-112-028-I03978 | Creation (mm/dd/yyyy) | | 04/22/2015 12:03:35 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 6001021 | Printed by | | 04/22/2015 12:04:15 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | | Valley Cottage | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 103,993.34 |
| Value Date (mm/dd/yyyy) | | 04/23/2015 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | ACH | Total Cost | | USD 103,993.34 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.9616 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 100,000.00 |
| To Payee | | | VERTIME B.V. | | |
| Payee Address (Line 1) | | | Manno | State/Province | |
| Payee Address (Line 2) | | | | ZIP/Postal Code | |
| City | | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | | manno | Country | Switzerland | |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X | |
| Routing Code | | 247 | | | |
| Notes to Payee | | | | | |

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Thursday, April 23, 2015 11:51 AM |
| **To:** | rachel |
| **Cc:** | Vangie Gan |
| **Subject:** | RE: Balance of CHF |

| Reference Number | 2015-113-028-D05397 | Creation (mm/dd/yyyy) | | 04/23/2015 11:47:03 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 6004803 | Printed by | | 04/23/2015 11:47:09 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | First SBF Holding, Inc. | | | | |
| Client Address (Line 1) | 9 Pinecrest Road. | | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | Valley Cottage | | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 322,837.25 |
| Value Date (mm/dd/yyyy) | | 04/24/2015 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | Wire Funds | Total Cost | | USD 322,837.25 |
| Settlement Account Number | | Xxxxxx9999 | Exchange Rate | | USD 1.000 = CHF 0.9615 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 310,414.30 |
| To Payee | | VERTIME B.V. | | | |
| Payee Address (Line 1) | | Manno | State/Province | | |
| Payee Address (Line 2) | | | ZIP/Postal Code | | |
| City | | | Country | | Switzerland |
| Payee Bank Name | UBS AG | | | | |
| Bank Address (Line 1) | VIA CANTONALE | | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | manno | | Country | Switzerland | |
| Swift Code | UBSWCHZH80A | | Payee Account Number/IBAN | CH340024724712635901X | |
| Routing Code | 247 | | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

1

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Tuesday, May 12, 2015 1:43 PM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; samuel friedmann; David Yurowitz |
| **Subject:** | RE: CHF 5/12/15 |

| Reference Number | 2015-132-028-I06279 | Creation (mm/dd/yyyy) | | 05/12/2015 13:42:24 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 6057796 | Printed by | | 05/12/2015 13:42:30 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | First SBF Holding, Inc. | | | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | | Valley Cottage | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 13,778.89 |
| Value Date (mm/dd/yyyy) | | 05/13/2015 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | ACH | Total Cost | | USD 13,778.89 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.926 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 12,759.25 |
| To Payee | | VERTIME B.V. | | | |
| Payee Address (Line 1) | | Manno | State/Province | | |
| Payee Address (Line 2) | | | ZIP/Postal Code | | |
| City | | | Country | Switzerland | |
| Payee Bank Name | UBS AG | | | | |
| Bank Address (Line 1) | VIA CANTONALE | | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | manno | | Country | Switzerland | |
| Swift Code | UBSWCHZH80A | | Payee Account Number/IBAN | CH340024724712635901X | |
| Routing Code | 247 | | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

1

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Wednesday, May 13, 2015 4:06 PM |
| **To:** | Vangie Gan; rachel |
| **Cc:** | samuel friedmann; David Yurowitz |
| **Subject:** | RE: CHF 5/13/15, value 05/15  holiday tomorrow |

| Reference Number | 2015-133-028-008118 | Creation (mm/dd/yyyy) | | 05/13/2015 16:04:53 FXIP |
|---|---|---|---|---|
| Internal Reference | 6062228 | Printed by | | 05/13/2015 16:05:00 Yogesh Chandrashekhar |
| Transaction Status | With Customer | | | |
| From Client | | First SBF Holding, Inc. | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 |
| City | | Valley Cottage | Country | United States Of America |
| Product | | Outgoing Wire | Cost | USD 47,615.92 |
| Value Date (mm/dd/yyyy) | | 05/15/2015 | Transaction Fee(s) | USD 0.00 |
| Settlement Method | | ACH | Total Cost | USD 47,615.92 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | USD 1.000 = CHF 0.9144 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | CHF 43,540.00 |
| To Payee | | | VERTIME B.V. | |
| Payee Address (Line 1) | | | Manno | State/Province |
| Payee Address (Line 2) | | | | ZIP/Postal Code |
| City | | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 |
| City | | manno | Country | Switzerland |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X |
| Routing Code | | 247 | | |
| Notes to Payee | | | | |
| Further Credit | | | | |

## Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Wednesday, May 20, 2015 2:26 PM |
| **To:** | rachel |
| **Cc:** | samuel friedmann; David Yurowitz; Vangie Gan |
| **Subject:** | RE: CHF 5/20/15 |

| Reference Number | 2015-140-028-005578 | Creation (mm/dd/yyyy) | | 05/20/2015 14:24:09 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 6081957 | Printed by | | 05/20/2015 14:25:21 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | | Valley Cottage | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 4,695.43 |
| Value Date (mm/dd/yyyy) | | 05/21/2015 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | ACH | Total Cost | | USD 4,695.43 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.9341 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 4,386.00 |
| To Payee | | | VERTIME B.V. | | |
| Payee Address (Line 1) | | | Manno | State/Province | |
| Payee Address (Line 2) | | | | ZIP/Postal Code | |
| City | | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | | manno | Country | Switzerland | |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X | |
| Routing Code | | 247 | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Wednesday, May 20, 2015 1:50 PM

1

## Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Tuesday, May 26, 2015 1:32 PM |
| **To:** | rachel |
| **Cc:** | Vangie Gan |
| **Subject:** | RE: CHF |

| Reference Number | 2015-146-028-I00292 | Creation (mm/dd/yyyy) | | 05/26/2015 13:31:31 FXIP |
|---|---|---|---|---|
| Internal Reference | 6095493 | Printed by | | 05/26/2015 13:31:37 Yogesh Chandrashekhar |
| Transaction Status | With Customer | | | |
| From Client | | First SBF Holding, Inc. | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 |
| City | | Valley Cottage | Country | United States Of America |
| Product | | Outgoing Wire | Cost | USD 80,671.30 |
| Value Date (mm/dd/yyyy) | | 05/27/2015 | Transaction Fee(s) | USD 0.00 |
| Settlement Method | | ACH | Total Cost | USD 80,671.30 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | USD 1.000 = CHF 0.946 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | CHF 76,315.05 |
| To Payee | | VERTIME B.V. | | |
| Payee Address (Line 1) | | Manno | State/Province | |
| Payee Address (Line 2) | | | ZIP/Postal Code | |
| City | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 |
| City | | manno | Country | Switzerland |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X |
| Routing Code | | 247 | | |
| Notes to Payee | | | | |
| Further Credit | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Tuesday, May 26, 2015 1:29 PM

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Thursday, May 28, 2015 11:01 AM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; samuel friedmann; David Yurowitz |
| **Subject:** | RE: CHF 5/28/15 |

| | | | |
|---|---|---|---|
| **Reference Number** | 2015-148-028-I03226 | **Creation (mm/dd/yyyy)** | 05/28/2015 10:59:59 FXIP |
| **Internal Reference** | 6103495 | **Printed by** | 05/28/2015 11:00:06 Yogesh Chandrashekhar |
| **Transaction Status** | With Customer | | |

| | | | |
|---|---|---|---|
| **From Client** | | First SBF Holding, Inc. | |
| **Client Address (Line 1)** | 9 Pinecrest Road. | **State/Province** | New York |
| **Client Address (Line 2)** | | **ZIP/Postal Code** | 10952 |
| **City** | Valley Cottage | **Country** | United States Of America |

| | | | |
|---|---|---|---|
| **Product** | Outgoing Wire | **Cost** | USD 92,749.87 |
| **Value Date (mm/dd/yyyy)** | 05/29/2015 | **Transaction Fee(s)** | USD 0.00 |
| **Settlement Method** | ACH | **Total Cost** | USD 92,749.87 |
| **Settlement Account Number** | xxxxxx7184 | **Exchange Rate** | USD 1.000 = CHF 0.9439 |
| **Payment Currency** | Swiss Franc | **Payment Currency Amount \*\*** | CHF 87,546.60 |

| | | | |
|---|---|---|---|
| **To Payee** | | VERTIME B.V. | |
| **Payee Address (Line 1)** | Manno | **State/Province** | |
| **Payee Address (Line 2)** | | **ZIP/Postal Code** | |
| **City** | | **Country** | Switzerland |

| | | | |
|---|---|---|---|
| **Payee Bank Name** | UBS AG | | |
| **Bank Address (Line 1)** | VIA CANTONALE | **State/Province** | |
| **Bank Address (Line 2)** | | **ZIP/Postal Code** | CH-6928 |
| **City** | manno | **Country** | Switzerland |
| **Swift Code** | UBSWCHZH80A | **Payee Account Number/IBAN** | CH340024724712635901X |
| **Routing Code** | 247 | | |
| **Notes to Payee** | | | |
| **Further Credit** | | | |

1

## Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Monday, June 1, 2015 12:59 PM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; David Yurowitz; samuel friedmann |
| **Subject:** | RE: CHF 6/1/15 |

| Reference Number | 2015-152-028-007688 | Creation (mm/dd/yyyy) | | 06/01/2015 12:58:34 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 6112590 | Printed by | | 06/01/2015 12:58:40 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | | Valley Cottage | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 6,965.59 |
| Value Date (mm/dd/yyyy) | | 06/02/2015 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | ACH | Total Cost | | USD 6,965.59 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.9445 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 6,579.00 |
| To Payee | | | VERTIME B.V. | | |
| Payee Address (Line 1) | | Manno | State/Province | | |
| Payee Address (Line 2) | | | ZIP/Postal Code | | |
| City | | | Country | | Switzerland |
| Payee Bank Name | UBS AG | | | | |
| Bank Address (Line 1) | VIA CANTONALE | | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | manno | | Country | Switzerland | |
| Swift Code | UBSWCHZH80A | | Payee Account Number/IBAN | CH340024724712635901X | |
| Routing Code | 247 | | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Monday, June 01, 2015 12:15 PM

1

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Jacqueline E Mattern <jacqueline.e.mattern@aexp.com> |
| **Sent:** | Thursday, June 4, 2015 2:44 PM |
| **To:** | rachel; Vangie Gan; david |
| **Cc:** | US IP MANUALS; Ban P Ly |
| **Subject:** | value June 5 ,2015 |

 ## FX INTERNATIONAL PAYMENTS                    RECEIPT

| Reference Number | 2015-155-028-I02831 | Creation (mm/dd/yyyy) | | 06/04/2015 14:40:44 FXIP |
|---|---|---|---|---|
| Internal Reference | 6126255 | Printed by | | 06/04/2015 14:40:52 Jacqueline Mattern |
| Transaction Status | With Customer | | | |
| From Client | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 |
| City | | Valley Cottage | Country | United States Of America |
| Product | | Outgoing Wire | Cost | USD 107,596.30 |
| Value Date (mm/dd/yyyy) | | 06/08/2015 | Transaction Fee(s) | USD 0.00 |
| Settlement Method | | ACH | Total Cost | USD 107,596.30 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | USD 1.000 = CHF 0.9294 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | CHF 100,000.00 |
| To Payee | | VERTIME B.V. | | |
| Payee Address (Line 1) | | Manno | State/Province | |
| Payee Address (Line 2) | | | ZIP/Postal Code | |
| City | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 |
| City | | manno | Country | Switzerland |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X |
| Routing Code | | 247 | | |
| Notes to Payee | | | | |
| Further Credit | | | | |

1

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Wednesday, June 10, 2015 1:14 PM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; samuel friedmann; David Yurowitz |
| **Subject:** | RE: CHF 6/10/15 |

Thanks.

| Reference Number | 2015-161-028-I08909 | Creation (mm/dd/yyyy) | | 06/10/2015 13:12:38 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 6141567 | Printed by | | 06/10/2015 13:12:43 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | | Valley Cottage | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 127,709.48 |
| Value Date (mm/dd/yyyy) | | 06/11/2015 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | ACH | Total Cost | | USD 127,709.48 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.9285 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 118,578.25 |
| To Payee | | | VERTIME B.V. | | |
| Payee Address (Line 1) | | | Manno | State/Province | |
| Payee Address (Line 2) | | | | ZIP/Postal Code | |
| City | | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | | manno | Country | Switzerland | |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X | |
| Routing Code | | 247 | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

## Rachel Itzkowitz

**From:** Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com>
**Sent:** Monday, June 15, 2015 2:23 PM
**To:** rachel
**Cc:** samuel friedmann; David Yurowitz; Vangie Gan
**Subject:** RE: CHF 6/15/15

| Reference Number | 2015-166-028-I03886 | Creation (mm/dd/yyyy) | | 06/15/2015 14:21:54 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 6154296 | Printed by | | 06/15/2015 14:21:59 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | | Valley Cottage | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 107,411.39 |
| Value Date (mm/dd/yyyy) | | 06/16/2015 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | ACH | Total Cost | | USD 107,411.39 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.931 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 100,000.00 |
| To Payee | | VERTIME B.V. | | | |
| Payee Address (Line 1) | | | Manno | State/Province | |
| Payee Address (Line 2) | | | | ZIP/Postal Code | |
| City | | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | | manno | Country | Switzerland | |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X | |
| Routing Code | | 247 | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

1

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | American Express <amex_fxip@welcome.aexp.com> |
| **Sent:** | Friday, June 26, 2015 6:06 PM |
| **To:** | rachel |
| **Subject:** | American Express FX International Payments - Confirmation of Payment Initiation |



## Confirmation of Payment Initiation

This email confirms that First SBF Holding, Inc. initiated the payment referenced below with FX International Payments from American Express.

If you did not create this transaction, please contact us immediately at (888) 391-9971.

| | |
|---|---|
| Payment Ref. Number | 2015-177-028-I07630 |
| Payment Currency | CHF |
| Payment Currency Amount | 130,000.00 |
| Exchange Rate | 0.9330 |
| Fee | USD 0.00 |
| Total Cost | USD 139,335.48 |
| Payee Bank | UBS AG |
| Payee Name | VERTIME B.V. |

If you would like to view your receipt (including additional transaction details and important disclosures), please log in to your FX International Payments account and go to your "Payment History" under the "Tools" tab.

Regards,
Brett Weinhouse
Vice President and General Manager

**FOR YOUR SECURITY**

Client Name:
First SBF Holding, Inc.

Account ending:
0995

Email reference:
7915017

Please do not reply to this message. This email was sent from a notification-only address that cannot accept incoming email.

Safe and Secure
The FX International Payments team from American Express will NEVER ask you to supply your confidential information or login details at any time. If you receive a suspicious communication asking you to do so, you should contact American Express at (888) 391-9971. Please view our security pages at: http://www.americanexpress.com/fxip/safeandsecure.

Notice About Servicing Emails
This email was sent to you by FX International Payments from American Express to provide important information. You will occasionally receive similar customer service emails even if you have requested not to receive email marketing offers from American Express.

1

**From:** Yogesh A Chandrashekhar [mailto:yogesh.a.chandrashekhar@aexp.com]
**Sent:** Wednesday, September 16, 2015 3:41 PM
**To:** david
**Cc:** Joseph P Porretta
**Subject:** RE:

| Reference Number | 2015-259-028-009919 | Creation (mm/dd/yyyy) | | 09/16/2015 15:40:34 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 6425408 | Printed by | | 09/16/2015 15:40:43 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | | New York |
| Client Address (Line 2) | | | ZIP/Postal Code | | 10952 |
| City | | Valley Cottage | Country | | United States Of America |
| Product | | Outgoing Wire | Cost | | USD 91,387.68 |
| Value Date (mm/dd/yyyy) | | 09/17/2015 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | ACH | Total Cost | | USD 91,387.68 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.9678 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 88,445.00 |
| To Payee | | | VERTIME B.V. | | |
| Payee Address (Line 1) | | | Manno | State/Province | |
| Payee Address (Line 2) | | | | ZIP/Postal Code | · |

| City | | | Country | | Switzerland |
|---|---|---|---|---|---|
| Payee Bank Name | | UBS AG | | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | | CH-6928 |
| City | | manno | Country | | Switzerland |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | | CH340024724712635901X |
| Routing Code | | 247 | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** david [mailto:david@gevril.net]
**Sent:** Wednesday, September 16, 2015 3:40 PM

## Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Wednesday, August 10, 2016 1:10 PM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; David Yurowitz |
| **Subject:** | RE: FX 8/10/16 |

| Reference Number | 2016-223-028-I04295 | Creation (mm/dd/yyyy) | | 08/10/2016 13:06:32 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 7415937 | Printed by | | 08/10/2016 13:06:36 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | | Valley Cottage | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 35,717.80 |
| Value Date (mm/dd/yyyy) | | 08/11/2016 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | ACH | Total Cost | | USD 35,717.80 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.9734 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 34,767.71 |
| To Payee | | | VERTIME B.V. | | |
| Payee Address (Line 1) | | | Manno | State/Province | |
| Payee Address (Line 2) | | | | ZIP/Postal Code | |
| City | | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | | manno | Country | Switzerland | |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH3400247247126359 01X | |
| Routing Code | | 247 | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Wednesday, August 10, 2016 12:42 PM
**To:** Yogesh A Chandrashekhar
**Cc:** Vangie Gan; david
**Subject:** FX 8/10/16

Hi Yogesh,
Please send to the following:

**Rachel Itzkowitz**

| | |
|---|---|
| **From:** | Jacqueline E Mattern <jacqueline.e.mattern@aexp.com> |
| **Sent:** | Monday, August 22, 2016 3:08 PM |
| **To:** | rachel; Majd Shamoun |
| **Cc:** | US IP MANUALS |
| **Subject:** | Please value tomorrow Aug 23 |

 **FX INTERNATIONAL PAYMENTS**                    **RECEIPT**

| Reference Number | 2016-235-028-I07515 | Creation (mm/dd/yyyy) | | 08/22/2016 15:07:07 FXIP |
|---|---|---|---|---|
| Internal Reference | 7448252 | Printed by | | 08/22/2016 15:07:12 Jacqueline Mattern |
| Transaction Status | With Customer | | | |
| From Client | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | 9 Pinecrest Road. | State/Province | | New York |
| Client Address (Line 2) | | ZIP/Postal Code | | 10952 |
| City | Valley Cottage | Country | | United States Of America |
| Product | Outgoing Wire | Cost | | USD 57,088.94 |
| Value Date (mm/dd/yyyy) | 08/24/2016 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | ACH | Total Cost | | USD 57,088.94 |
| Settlement Account Number | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.9591 |
| Payment Currency | Swiss Franc | Payment Currency Amount ** | | CHF 54,754.00 |
| To Payee | | VERTIME B.V. | | |
| Payee Address (Line 1) | | Manno | State/Province | |
| Payee Address (Line 2) | | | ZIP/Postal Code | |
| City | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 |
| City | | manno | Country | Switzerland |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X |
| Routing Code | | 247 | | |
| Notes to Payee | | | | |
| Further Credit | | | | |

1

## Rachel Itzkowitz

**From:** Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com>
**Sent:** Thursday, September 1, 2016 11:27 AM
**To:** rachel
**Cc:** Vangie Gan; David Yurowitz
**Subject:** RE: chf 9/1/16

| Reference Number | 2016-245-028-I00660 | Creation (mm/dd/yyyy) | | 09/01/2016 11:20:18 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 7482326 | Printed by | | 09/01/2016 11:25:19 Yogesh Chandrashekhar | |
| Transaction Status | Processing | Approved by | | 09/01/2016 11:24:44 FXIP | |
| From Client | First SBF Holding, Inc. | | | | |
| Client Address (Line 1) | 9 Pinecrest Road. | | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | | Valley Cottage | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 55,856.89 |
| Value Date (mm/dd/yyyy) | | 09/02/2016 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | ACH | Total Cost | | USD 55,856.89 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.9776 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 54,605.70 |
| To Payee | | | VERTIME B.V. | | |
| Payee Address (Line 1) | | | Manno | State/Province | |
| Payee Address (Line 2) | | | | ZIP/Postal Code | |
| City | | | | Country | . | Switzerland |
| Payee Bank Name | | UBS AG | | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | | manno | Country | Switzerland | |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH3400247247126359001X | |
| Routing Code | | 247 | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Thursday, September 01, 2016 11:13 AM
**To:** Yogesh A Chandrashekhar
**Cc:** Vangie Gan; david
**Subject:** chf 9/1/16

Hi Yogesh,
Please send to the following:

1

## Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Friday, September 2, 2016 10:24 AM |
| **To:** | Vangie Gan |
| **Cc:** | rachel; david |
| **Subject:** | RE: CHF wires |

| Reference Number | 2016-246-028-I02613 | Creation (mm/dd/yyyy) | | 09/02/2016 10:24:01 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 7487359 | Printed by | | 09/02/2016 10:24:06 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | First SBF Holding, Inc. | | | | |
| Client Address (Line 1) | 9 Pinecrest Road. | | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | Valley Cottage | | Country | United States Of America | |
| Product | Outgoing Wire | | Cost | USD 135,477.01 | |
| Value Date (mm/dd/yyyy) | 09/07/2016 | | Transaction Fee(s) | USD 0.00 | |
| Settlement Method | ACH | | Total Cost | USD 135,477.01 | |
| Settlement Account Number | xxxxxx7184 | | Exchange Rate | USD 1.000 = CHF 0.9756 | |
| Payment Currency | Swiss Franc | | Payment Currency Amount ** | CHF 132,171.37 | |
| To Payee | | VERTIME B.V. | | | |
| Payee Address (Line 1) | | Manno | State/Province | | |
| Payee Address (Line 2) | | | ZIP/Postal Code | | |
| City | | | Country | | Switzerland |
| Payee Bank Name | UBS AG | | | | |
| Bank Address (Line 1) | VIA CANTONALE | | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | manno | | Country | Switzerland | |
| Swift Code | UBSWCHZH80A | | Payee Account Number/IBAN | CH34002472471263590 1X | |
| Routing Code | 247 | | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** Vangie Gan [mailto:Vangie@gevril.com]
**Sent:** Friday, September 02, 2016 9:56 AM
**To:** Yogesh A Chandrashekhar
**Cc:** rachel; david@gevril.net
**Subject:** CHF wires

Vertime B.V.            chf 102,652.34
Value date:9/6/16
Charge:New Dover Group

## Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Wednesday, September 7, 2016 10:49 AM |
| **To:** | rachel |
| **Cc:** | Jacqueline E Mattern |
| **Subject:** | RE: chf 9/7 |

Thanks

| Reference Number | 2016-251-028-006563 | Creation (mm/dd/yyyy) | | 09/07/2016 10:46:44 FXIP |
|---|---|---|---|---|
| Internal Reference | 7499414 | Printed by | | 09/07/2016 10:47:24 Yogesh Chandrashekhar |
| Transaction Status | With Customer | | | |
| From Client | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | 9 Pinecrest Road. | State/Province | | New York |
| Client Address (Line 2) | | ZIP/Postal Code | | 10952 |
| City | Valley Cottage | Country | | United States Of America |
| Product | Outgoing Wire | Cost | | USD 662.89 |
| Value Date (mm/dd/yyyy) | 09/08/2016 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | ACH | Total Cost | | USD 662.89 |
| Settlement Account Number | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.9667 |
| Payment Currency | Swiss Franc | Payment Currency Amount ** | | CHF 640.82 |
| To Payee | | VERTIME B.V. | | |
| Payee Address (Line 1) | | Manno | State/Province | |
| Payee Address (Line 2) | | | ZIP/Postal Code | |
| City | | | Country | Switzerland |
| Payee Bank Name | UBS AG | | | |
| Bank Address (Line 1) | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | ZIP/Postal Code | | CH-6928 |
| City | manno | Country | | Switzerland |
| Swift Code | UBSWCHZH80A | Payee Account Number/IBAN | | CH34002472471263590X |
| Routing Code | 247 | | | |
| Notes to Payee | | | | |
| Further Credit | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Wednesday, September 07, 2016 10:01 AM
**To:** Yogesh A Chandrashekhar
**Subject:** chf 9/7

Hi Yogesh,

1

## Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Monday, September 26, 2016 11:09 AM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; David Yurowitz |
| **Subject:** | RE: CHF 9/26/16 |

| | | | |
|---|---|---|---|
| Reference Number | 2016-270-028-I09231 | Creation (mm/dd/yyyy) | 09/26/2016 11:08:57 FXIP |
| Internal Reference | 7555855 | Printed by | 09/26/2016 11:09:01 Yogesh Chandrashekhar |
| Transaction Status | With Customer | | |
| From Client | First SBF Holding, Inc. | | |
| Client Address (Line 1) | 9 Pinecrest Road. | State/Province | New York |
| Client Address (Line 2) | | ZIP/Postal Code | 10952 |
| City | Valley Cottage | Country | United States Of America |
| Product | Outgoing Wire | Cost | USD 137,681.16 |
| Value Date (mm/dd/yyyy) | 09/27/2016 | Transaction Fee(s) | USD 0.00 |
| Settlement Method | ACH | Total Cost | USD 137,681.16 |
| Settlement Account Number | xxxxxx7184 | Exchange Rate | USD 1.000 = CHF 0.966 |
| Payment Currency | Swiss Franc | Payment Currency Amount ** | CHF 133,000.00 |
| To Payee | | VERTIME B.V. | |
| Payee Address (Line 1) | | Manno | State/Province |
| Payee Address (Line 2) | | ZIP/Postal Code | |
| City | | Country | Switzerland |
| Payee Bank Name | UBS AG | | |
| Bank Address (Line 1) | VIA CANTONALE | State/Province | |
| Bank Address (Line 2) | | ZIP/Postal Code | CH-6928 |
| City | manno | Country | Switzerland |
| Swift Code | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X |
| Routing Code | 247 | | |
| Notes to Payee | | | |
| Further Credit | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Monday, September 26, 2016 10:50 AM
**To:** Yogesh A Chandrashekhar
**Cc:** Vangie Gan; david
**Subject:** CHF 9/26/16

Hi Yogesh,
Please send the following:

1

## Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Monday, September 26, 2016 11:13 AM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; David Yurowitz |
| **Subject:** | RE: CHF 9/26/16 |

| Reference Number | 2016-270-028-009244 | Creation (mm/dd/yyyy) | | 09/26/2016 11:12:49 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 7555876 | Printed by | | 09/26/2016 11:12:53 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | | First SBF Holding, Inc. | | | |
| Client Address (Line 1) | | 9 Pinecrest Road. | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | | Valley Cottage | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 168.17 |
| Value Date (mm/dd/yyyy) | | 09/27/2016 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | ACH | Total Cost | | USD 168.17 |
| Settlement Account Number | | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.966 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 162.45 |
| To Payee | | | VERTIME B.V. | | |
| Payee Address (Line 1) | | | Manno | State/Province | |
| Payee Address (Line 2) | | | | ZIP/Postal Code | |
| City | | | | Country | Switzerland |
| Payee Bank Name | | UBS AG | | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | | manno | Country | Switzerland | |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | CH34002472471263590 1X | |
| Routing Code | | 247 | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Monday, September 26, 2016 10:50 AM
**To:** Yogesh A Chandrashekhar
**Cc:** Vangie Gan; david
**Subject:** CHF 9/26/16

Hi Yogesh,
Please send the following:

## Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Monday, December 5, 2016 12:53 PM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; david |
| **Subject:** | RE: CHF 12/5/16 |

| Reference Number | 2016-340-028-I01453 | Creation (mm/dd/yyyy) | | 12/05/2016 12:52:08 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 7784151 | Printed by | | 12/05/2016 12:52:15 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | First SBF Holding, Inc. | | | | |
| Client Address (Line 1) | 9 Pinecrest Road. | | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | Valley Cottage | | Country | United States Of America | |
| Product | Outgoing Wire | Cost | | USD 149,082.83 | |
| Value Date (mm/dd/yyyy) | 12/06/2016 | Transaction Fee(s) | | USD 0.00 | |
| Settlement Method | ACH | Total Cost | | USD 149,082.83 | |
| Settlement Account Number | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 1.0047 | |
| Payment Currency | Swiss Franc | Payment Currency Amount ** | | CHF 149,783.52 | |
| To Payee | | VERTIME B.V. | | | |
| Payee Address (Line 1) | | Manno | State/Province | | |
| Payee Address (Line 2) | | | ZIP/Postal Code | | |
| City | | | Country | | Switzerland |
| Payee Bank Name | UBS AG | | | | |
| Bank Address (Line 1) | VIA CANTONALE | | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | | CH-6928 |
| City | manno | | Country | | Switzerland |
| Swift Code | UBSWCHZH80A | | Payee Account Number/IBAN | | CH340024724712635901X |
| Routing Code | 247 | | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Monday, December 05, 2016 12:39 PM
**To:** Yogesh A Chandrashekhar
**Cc:** Vangie Gan; david@gevril.net
**Subject:** CHF 12/5/16

## Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Thursday, December 15, 2016 2:29 PM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; david |
| **Subject:** | RE: add CHF 12/15/16 |

| Reference Number | 2016-350-028-I07292 | Creation (mm/dd/yyyy) | | 12/15/2016 14:28:18 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 7822191 | Printed by | | 12/15/2016 14:28:23 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | First SBF Holding, Inc. | | | | |
| Client Address (Line 1) | 9 Pinecrest Road. | State/Province | | New York | |
| Client Address (Line 2) | | ZIP/Postal Code | | 10952 | |
| City | Valley Cottage | Country | | United States Of America | |
| Product | Outgoing Wire | Cost | | USD 95,810.63 | |
| Value Date (mm/dd/yyyy) | 12/16/2016 | Transaction Fee(s) | | USD 0.00 | |
| Settlement Method | ACH | Total Cost | | USD 95,810.63 | |
| Settlement Account Number | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 1.0276 | |
| Payment Currency | Swiss Franc | Payment Currency Amount ** | | CHF 98,455.00 | |
| To Payee | | VERTIME B.V. | | | |
| Payee Address (Line 1) | | Manno | State/Province | | |
| Payee Address (Line 2) | | | ZIP/Postal Code | | |
| City | | | Country | | Switzerland |
| Payee Bank Name | UBS AG | | | | |
| Bank Address (Line 1) | VIA CANTONALE | | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | | CH-6928 |
| City | manno | | Country | | Switzerland |
| Swift Code | UBSWCHZH80A | | Payee Account Number/IBAN | | CH34002472471263590 1X |
| Routing Code | 247 | | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Thursday, December 15, 2016 1:48 PM
**To:** Yogesh A Chandrashekhar
**Cc:** Vangie Gan; david@gevril.net
**Subject:** add CHF 12/15/16

## Rachel Itzkowitz

**From:**      Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com>
**Sent:**      Thursday, January 26, 2017 2:01 PM
**To:**        rachel
**Cc:**        Vangie Gan
**Subject:**   RE: CHF 1/26/17

| Reference Number | 2017-026-028-009601 | Creation (mm/dd/yyyy) | | 01/26/2017 14:00:46 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 7948776 | Printed by | | 01/26/2017 14:00:52 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | First SBF Holding, Inc. | | | | |
| Client Address (Line 1) | 9 Pinecrest Road. | | State/Province | New York | |
| Client Address (Line 2) | | | ZIP/Postal Code | 10952 | |
| City | Valley Cottage | | Country | United States Of America | |
| Product | Outgoing Wire | Cost | | USD 1,235.54 | |
| Value Date (mm/dd/yyyy) | 01/27/2017 | Transaction Fee(s) | | USD 0.00 | |
| Settlement Method | ACH | Total Cost | | USD 1,235.54 | |
| Settlement Account Number | xxxxxx7184 | Exchange Rate | | USD 1.000 = CHF 0.996 | |
| Payment Currency | Swiss Franc | Payment Currency Amount ** | | CHF 1,230.60 | |
| To Payee | | VERTIME B.V. | | | |
| Payee Address (Line 1) | | Manno | State/Province | | |
| Payee Address (Line 2) | | | ZIP/Postal Code | | |
| City | | | Country | | Switzerland |
| Payee Bank Name | UBS AG | | | | |
| Bank Address (Line 1) | VIA CANTONALE | | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | CH-6928 | |
| City | manno | | Country | Switzerland | |
| Swift Code | UBSWCHZH80A | | Payee Account Number/IBAN | CH34002472471263590 1X | |
| Routing Code | 247 | | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Thursday, January 26, 2017 1:44 PM
**To:** Yogesh A Chandrashekhar
**Cc:** Vangie Gan
**Subject:** CHF 1/26/17

Hi Yogesh,
Please send to the following: