# EXHIBIT C

# Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Thursday, December 8, 2016 12:09 PM |
| **To:** | rachel |
| **Cc:** | Vangie Gan; david |
| **Subject:** | RE: CHF 12/8/16 |

Please check banking details and advice if any change is required,

| | | | | |
|---|---|---|---|---|
| Reference Number | 2016-343-028-I06993 | Creation (mm/dd/yyyy) | 12/08/2016 12:07:40 FXIP | |
| Internal Reference | 7797547 | Printed by | 12/08/2016 12:07:45 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | |
| From Client | AOB Holding Inc | | | |
| Client Address (Line 1) | 1 International Blvd Suite 400 | State/Province | New Jersey | |
| Client Address (Line 2) | | ZIP/Postal Code | 07495 | |
| City | Manwah | Country | United States Of America | |
| Product | | Outgoing Wire | Cost | USD 309,064.31 |
| Value Date (mm/dd/yyyy) | | 12/09/2016 | Transaction Fee(s) | USD 0.00 |
| Settlement Method | | Wire Funds | Total Cost | USD 309,064.31 |
| Settlement Account Number | | xxxxxx3057 | Exchange Rate | USD 1.000 = CHF 1.0139 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | CHF 313,360.30 |
| To Payee | | VERTIME B.V | | |
| Payee Address (Line 1) | | Amsterdam | State/Province | |
| Payee Address (Line 2) | | | ZIP/Postal Code | |
| City | | | Country | Netherlands |
| Payee Bank Name | UBS AG | | | |
| Bank Address (Line 1) | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | ZIP/Postal Code | CH 6928 | |
| City | MANNO | Country | Switzerland | |
| Swift Code | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X | |
| Routing Code | 247 | | | |
| Notes to Payee | | | | |
| Further Credit | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Thursday, December 08, 2016 11:07 AM
**To:** Yogesh A Chandrashekhar
**Cc:** Vangie Gan; david@gevril.net
**Subject:** CHF 12/8/16

1

# Rachel Itzkowitz

| | |
|---|---|
| **From:** | Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com> |
| **Sent:** | Wednesday, June 29, 2016 10:13 AM |
| **To:** | rachel |
| **Cc:** | david; Vangie Gan |
| **Subject:** | RE: AOB pmt |

| Reference Number | 2016-181-028-I08944 | Creation (mm/dd/yyyy) | | 06/29/2016 10:10:18 FXIP | |
|---|---|---|---|---|---|
| Internal Reference | 7282201 | Printed by | | 06/29/2016 10:10:58 Yogesh Chandrashekhar | |
| Transaction Status | With Customer | | | | |
| From Client | AOB Holding Inc | | | | |
| Client Address (Line 1) | 1 International Blvd Suite 400 | State/Province | | New Jersey | |
| Client Address (Line 2) | | ZIP/Postal Code | | 07495 | |
| City | Manwah | Country | | United States Of America | |
| Product | | Outgoing Wire | Cost | | USD 158,029.44 |
| Value Date (mm/dd/yyyy) | | 06/29/2016 | Transaction Fee(s) | | USD 0.00 |
| Settlement Method | | Wire Funds | Total Cost | | USD 158,029.44 |
| Settlement Account Number | | xxxxxx3057 | Exchange Rate | | USD 1.000 = CHF 0.98 |
| Payment Currency | | Swiss Franc | Payment Currency Amount ** | | CHF 154,868.85 |
| To Payee | | VERTIME B.V | | | |
| Payee Address (Line 1) | | Amsterdam | State/Province | | |
| Payee Address (Line 2) | | | ZIP/Postal Code | | |
| City | | | Country | | Netherlands |
| Payee Bank Name | | UBS AG | | | |
| Bank Address (Line 1) | | VIA CANTONALE | State/Province | | |
| Bank Address (Line 2) | | | ZIP/Postal Code | | CH 6928 |
| City | | MANNO | Country | | Switzerland |
| Swift Code | | UBSWCHZH80A | Payee Account Number/IBAN | | CH340024724712635901X |
| Routing Code | | 247 | | | |
| Notes to Payee | | | | | |
| Further Credit | | | | | |

**From:** rachel [mailto:rachel@gevril.net]
**Sent:** Wednesday, June 29, 2016 10:09 AM
**To:** Yogesh A Chandrashekhar
**Cc:** david@gevril.net; Vangie Gan
**Subject:** RE: AOB pmt

Hi Yogesh,
Please send to the following:
Vertime 154,868.85 chf

1

**From:** Samuel Friedmann
**Sent:** Tuesday, November 10, 2015 11:26 AM
**Subject:** FW: American Express FX International Payments - Confirmation of Payment Initiation

 **FX INTERNATIONAL PAYMENTS**

### Confirmation of Payment Initiation

This email confirms that AOB Holding Inc initiated the payment referenced below with FX International Payments from American Express.

If you did not create this transaction, please contact us immediately at (888) 391-9971.

| | |
|---|---|
| Payment Ref. Number | |
| Payment Currency | CHF |
| Payment Currency Amount | 493,542.50 |
| Exchange Rate | 1.0007 |
| Fee | USD 0.00 |
| Total Cost | USD 493,197.26 |
| Payee Bank | UBS AG |
| Payee Name | VERTIME B.V |

If you would like to view your receipt (including additional transaction details and important disclosures), please log in to your FX International Payments account and go to your "Payment History" under the "Tools" tab.

Regards,
Brett Weinhouse
Vice President and General Manager

**FOR YOUR SECURITY**

**Client Name:**
AOB Holding Inc

**Account ending:**
9878

**Email reference:**
8844220



1


# Rachel Itzkowitz

**From:** Yogesh A Chandrashekhar <yogesh.a.chandrashekhar@aexp.com>
**Sent:** Monday, November 9, 2015 2:17 PM
**To:** rachel
**Cc:** samuel friedmann
**Subject:** RE: AOB CHF 11/9/15

| Reference Number | 2015-313-028-I03274 | Creation (mm/dd/yyyy) | 11/09/2015 14:16:18 FXIP |
|---|---|---|---|
| Internal Reference | 6587288 | Printed by | 11/09/2015 14:16:22 Yogesh Chandrashekhar |
| Transaction Status | With Customer | | |
| From Client | AOB Holding Inc | | |
| Client Address (Line 1) | 1 International Blvd Suite 400 | State/Province | New Jersey |
| Client Address (Line 2) | | ZIP/Postal Code | 07495 |
| City | Manwah | Country | United States Of America |
| Product | Outgoing Wire | Cost | USD 493,197.26 |
| Value Date (mm/dd/yyyy) | 11/10/2015 | Transaction Fee(s) | USD 0.00 |
| Settlement Method | Wire Funds | Total Cost | USD 493,197.26 |
| Settlement Account Number | xxxxxx3057 | Exchange Rate | USD 1.000 = CHF 1.0007 |
| Payment Currency | Swiss Franc | Payment Currency Amount ** | CHF 493,542.50 |
| To Payee | | VERTIME B.V | |
| Payee Address (Line 1) | | Amsterdam | State/Province | |
| Payee Address (Line 2) | | | ZIP/Postal Code | |
| City | | | Country | Netherlands |
| Payee Bank Name | UBS AG | | |
| Bank Address (Line 1) | VIA CANTONALE | State/Province | |
| Bank Address (Line 2) | | ZIP/Postal Code | CH 6928 |
| City | MANNO | Country | Switzerland |
| Swift Code | UBSWCHZH80A | Payee Account Number/IBAN | CH340024724712635901X |
| Routing Code | 247 | | |
| Notes to Payee | | | |
| Further Credit | | | |

1

**From:** samuel friedmann
**Sent:** Thursday, September 24, 2015 11:47 AM
**Subject:** FW: American Express FX International Payments - Confirmation of Payment Initiation

 **FX INTERNATIONAL PAYMENTS**

## Confirmation of Payment Initiation

This email confirms that AOB Holding Inc initiated the payment referenced below with FX International Payments from American Express.

If you did not create this transaction, please contact us immediately at (888) 391-9971.

| | |
|---|---|
| Payment Ref. Number | |
| Payment Currency | CHF |
| Payment Currency Amount | 975,758.30 |
| Exchange Rate | 0.9662 |
| Fee | USD 0.00 |
| Total Cost | USD 1,009,892.67 |
| Payee Bank | UBS AG |
| Payee Name | VERTIME B.V |

If you would like to view your receipt (including additional transaction details and important disclosures), please log in to your FX International Payments account and go to your "Payment History" under the "Tools" tab.

Regards,
Brett Weinhouse
Vice President and General Manager

**FOR YOUR SECURITY**

**Client Name:**
AOB Holding Inc

**Account ending:**
9878

**Email reference:**
8506888



1