

**Louis M. Solomon**
Direct Phone: +1 212 549 0400
Email: lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

January 8, 2026

Hon. Kenneth M. Karas
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Vertime B.V. v. New Dover Group, Ltd.*, No. 17-CV-3844 (S.D.N.Y.)
Request for Extension of Time

Dear Judge Karas:

On behalf or with the consent of all parties, the parties request a one-week extension to propose a date for the evidentiary hearing for the Court's consideration. The grounds are that this is the first opportunity for new(ish) counsel on the case to speak, and Defendant New Dover Group is considering the issue of witnesses at the hearing. The parties are endeavoring to work out all issues without burdening Your Honor. No prior application for this relief has been made.

Accordingly, we ask that Your Honor give the parties until Friday, January 16, 2026, to propose a date for the evidentiary hearing for the Court's consideration.

Respectfully,


/s/ Louis M. Solomon

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ RIYADH ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-210090889.v1-JPKENNED-1/8/2026 3:16 PM