

**Louis M. Solomon**
Direct Phone: +1 212 549 0400
Email: lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

January 16, 2026

Hon. Kenneth M. Karas
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Vertime B.V. v. New Dover Group, Ltd.*, No. 17-CV-3844 (S.D.N.Y.)
      Litigants' Availability for Hearing

Dear Judge Karas:

We thank Your Honor for the week's extension to suggest a hearing date. We have been in regular contact with counsel for Vertime.

Respondents New Dover Group and Mr. Fischer are available on March 10 and 19. Counsel for Vertime has advised that it is also available then. The parties are still discussing obtaining testimony from a Vertime witness, and counsel for Vertime has told us that any possible witness from Vertime has not yet been identified and, consequently, his or her availability is unknown. We remain hopeful that that issue will not require Your Honor's intervention, and we are working expeditiously.

Respectfully,


/s/ Louis M. Solomon