# ReedSmith

**Louis M. Solomon**
Direct Phone: +1 212 549 0400
Email: lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

February 24, 2026

Hon. Kenneth M. Karas
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Vertime B.V. v. New Dover Group, Ltd.*, No. 17-CV-3844 (S.D.N.Y.)

Dear Judge Karas:

We received a call from Your Honor's Law Clerk, and on behalf of all parties I wish to apologize for confusion that I inadvertently may have created by my letter to Your Honor of January 16, 2026.

At this point, one or another counsel is unavailable on the dates previously advised to the Court. At the same time, I do believe that the witness issues have been resolved by the parties without needing to burden Your Honor.

The parties are in the process of finding new proposed dates to give Your Honor for the hearing. Clients are overseas, and so we request until March 2 to do so.

Again I deeply apologize for any confusion in proposing dates for the hearing.

Respectfully submitted,

*Louis M. Solomon*

Louis M. Solomon

So Ordered.
*/s/ Kenneth M. Karas*
2/25/26

CC:   All Counsel of Record (*via ECF*)