
**Louis M. Solomon**
Direct Phone: +1 212 549 0400
Email: lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 2, 2026

Hon. Kenneth M. Karas
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Vertime B.V. v. New Dover Group, Ltd.*, No. 17-CV-3844 (S.D.N.Y.)

Dear Judge Karas:

Further to my letter of February 24, 2026, which Your Honor so-ordered on February 25, the parties have conferred on proposed dates for a hearing on Plaintiff's pending motion for contempt and sanctions. May 12 and May 20 work for all parties, and we propose either date for the hearing, as the Court may prefer.

Respectfully submitted,

*/s/ Louis M. Solomon*

Louis M. Solomon

CC:   All Counsel of Record (*via ECF*)

The Court will conduct the hearing on 5/12/26 at 2:00
So Ordered.
3/4/26

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ RIYADH ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON