

**Howard K. Levine**
Main: 203-777-5501
Direct: 203-784-3102
Fax: 203-784-3199
hlevine@carmodylaw.com

195 Church Street
P.O. Box 1950
New Haven, CT 06510

April 16, 2026

Hon. Kenneth M. Karas
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **Re:**   *Vertime B.V. v New Dover Group, Ltd*
> **Docket No.: 7:17-cv-03844-KMK (S.D.N.Y)**

Dear Judge Karas:

I represent the plaintiff Vertime, B.V. in the referenced matter and write with regard to the evidentiary hearing currently scheduled for 2:00 p.m. May 12, 2026.

The parties currently are engaged in discussions regarding a possible overall resolution of this matter. In order to facilitate that process, the parties jointly request that the May 12th hearing not proceed. If the Court is amenable, the parties will report back to the Court at whatever later date it deems appropriate (preferably not sooner than forty-five (45) days) to apprise it of the progress of those discussions and whether the continued hearing is necessary.

Denied. This case is 9 years old and the Parties have plenty of time between now and the hearing to resolve the matter.

We thank you for your understanding.

So Ordered.

4/17/26

Respectfully Submitted,

Howard K. Levine

Cc: All Counsel of Record (via ECF)