

**CARMODY**

TORRANCE | SANDAK | HENNESSEY LLP

Howard K. Levine
Main: 203-777-5501
Direct: 203-784-3102
Fax: 203-784-3199
hlevine@carmodylaw.com

195 Church Street
P.O. Box 1950
New Haven, CT 06510

May 5, 2026

Hon. Kenneth M. Karas
U.S. District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        **RE:**    ***Vertime B.V. v New Dover Group, Ltd***
                  **Docket No.: 7:17-cv-03844-KMK (S.D.N.Y)**

Dear Judge Karas:

I represent the plaintiff Vertime, B.V. in the referenced matter. I write as a follow up to my letter motion of April 16, 2026 requesting a continuance of the evidentiary hearing currently scheduled for May 12, 2026 and your order dated April 17, 2026 denying the Motion to Continue, and instructing the parties to resolve the matter prior to the hearing date in light of the age of the case.

Taking Your Honor's ruling to heart, the parties diligently have engaged in settlement negotiations. A Settlement Agreement has circulated through several drafts and it appears the parties (as well as some necessary participants who are not before the court in this matter) are in accord on all of the major issues. Some minor drafting and administrative points do remain to be resolved, however, as does coordinating the execution. Unfortunately, some of those involved in finalizing the Settlement Agreement are traveling out of the country.

The parties jointly beg the Court's indulgence and respectfully ask that it amend its prior ruling and grant a one time, ten (10) day continuance of the May 12, 2026 evidentiary hearing to provide time for consummation of the Settlement and allow the parties to withdraw the action.

Respectfully Submitted,

*Howard L. Levine*

Granted. The May 12 hearing is adjourned on the condition that the settlement papers will be submitted no later than May 21, 2026.

Howard K. Levine

So Ordered.

Cc: All Counsel of Record (via ECF)

                              5/5/26