UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VERTIME B.V. | : | CIVIL ACTION NO. |
| Plaintiff, | : | 7:17-cv-03844 (KMK) |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| | : | |
| NEW DOVER GROUP, LTD. | : | |
| | : | |
| Defendants | : | |
| | : | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Vertime B.V. voluntarily dismisses this action against Defendant New Dover Group, LTD. New

Dover Group, LTD similarly voluntarily dismisses its Third Party Complaint as to Timex

Nederland B.V. and Timex USA, Inc. as well as its Counterclaim as to Vertime B.V.

To the extent any of New Dover LTD's rights as set forth in the Third Party Complaint or

Counterclaims are owned by or otherwise have been obtained by the plaintiff or any of the

plaintiff entities as part of the bankruptcy process, New Dover LTD. has obtained approval for

this dismissal.

No costs are to be assessed to any party.

{S7643444}

Dated: May 20, 2026

**PLAINTIFF/COUNTERCLAIM-
DEFENDANT,
VERTIME B.V.**

By: _____

Howard K. Levine (ct01555)
Carmody Torrance Sandak & Hennessey,
LLC
   195 Church Street, P.O. Box 1950
   New Haven, CT 06509
   Ph: 203-777-5501
   F:203-784-3199
Email: hlevine@carmodylaw.com

**DEFENDANT AND THIRD-PARTY
PLAINTIFF/COUNTERCLAIMANT,
NEW DOVER GROUP, LTD**

By: _____

Louis M. Solomon
   Reed Smith LLP
   599 Lexington Avenue, 22nd Floor
   New York, New York 10022
   Tel: 212-521-5400
   Fax: 212-521-5450
   Email: lsolomon@reedsmith.com

**THIRD-PARTY DEFENDANT,
TIMEX GROUP USA**

By: _____

Howard K. Levine (ct01555)
Carmody Torrance Sandak & Hennessey, LLC
   195 Church Street, P.O. Box 1950
   New Haven, CT 06509
   Ph: 203-777-5501
   F: 203-784-3199
Email: hlevine@carmodylaw.com

The Clerk is respectfully directed to
close this case.

So Ordered.

5/21/26

{S7643444}

2

## CERTIFICATION OF SERVICE

I hereby certify that on May 20, 2026 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_/s/ Howard K. Levine_____
Howard K. Levine